## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## (TAMPA DIVISION)

ALIN POP, individually and on behalf of
all those similarly situated,

      Plaintiff,

vs.

LULIFAMA.COM, LLC, MY LULIBABE,
LLC, LOURDES HANIMIAN a/k/a
LULI HANIMIAN, TAYLOR
MACKENZIE GALLO a/k/a TEQUILA
TAYLOR, ALEXA COLLINS, ALLISON
MARTINEZ a/k/a/ ALLI MARTINEZ,
CINDY PRADO, GABRIELLE EPSTEIN,
HALEY PALVE a/k/a HALEY
FERGUSON, LEIDY AMELIA
LABRADOR, and PRISCILLA RICART,

      Defendants.

_____/

CASE NO.:

CLASS ACTION

### DEFENDANTS GABRIELLE EPSTEIN,
### LULIFAMA.COM LLC, MY LULIBABE, LLC,
### AND LOURDES HANIMIAN'S NOTICE OF REMOVAL

Defendants Gabrielle Epstein ("Epstein") LuliFama.com LLC ("Luli Fama"), My
LuliBabe, LLC ("LuliBabe"), and Lourdes Hanimian a/k/a Luli Hanimian
("Hanimian") (collectively, the "Luli Fama Defendants") (collectively, with
Epstein, "Defendants"), pursuant to 28 U.S.C. §§ 1332(d), 1442(a), and 1446, with
full reservation of all defenses, hereby remove this action from the Circuit Court of
the Sixth Judicial Circuit in and for Pinellas County, Florida to the United States

District Court for the Middle District of Florida.  In support of this Notice of Removal, Defendants state as follows:

## I.    Background

1.    Plaintiff Alin Pop commenced this lawsuit on October 17, 2022.  A true and correct copy of the Class Action Complaint (the "Complaint") and other papers served upon Defendants is attached hereto as Exhibit A.

2.    In the Complaint, Plaintiff asserts state law claims under the Florida Deceptive and Unfair Trade Practices Act, Fla. Stat. § 501.201 *et seq*. ("FDUTPA"), unjust enrichment, and negligent misrepresentation.  These claims are premised upon an allegation that Defendants violated 15 U.S.C. § 45(a).

3.    Plaintiff purports to have personally served Epstein with the Complaint and Summons on October 25, 2022.[1]  Luli Fama was allegedly served with the Complaint and Summons on October 27, 2022, and Hanimian waived service on November 11, 2022.

4.    Defendants now timely remove this action to this Court.

## II.    Basis for Jurisdiction

5.    This putative class action is within the Court's original jurisdiction pursuant to the Class Action Fairness Act ("CAFA").  *See* Pub. L. No. 109-2, 119 Stat. 4 (codified at 28 U.S.C. §§ 1332(d), 1453, 1711-1715).

---

[1] For the avoidance of doubt, Defendants reserve the right to challenge the sufficiency of service of process and this removal to federal court is being made subject to, and without waiver, to all challenges and defenses available to them, including insufficient service of process and lack of personal jurisdiction.

6.     The Supreme Court has instructed that "no antiremoval presumption attends cases invoking CAFA." *Dart Cherokee Basin Operating Co., LLC v. Owens*, 547 U.S. 81, 89 (2014). Rather, CAFA's "provisions should be read broadly, with a strong preference that interstate class actions should be heard in a federal court if properly removed by any defendant." *Dudley v. Eli Lilly & Co.,* 778 F.3d 909, 912 (11th Cir. 2014) (quoting S. Rep. No. 109-14, p. 43, as reprinted in 2005 U.S.C.C.A.N. 3, 41). *See also Evans v. Walter Indus., Inc.,* 449 F.3d 1159, 1163 (11th Cir. 2006) ("CAFA's language favors federal jurisdiction over class actions").

7.     Under 28 U.S.C. § 1332(d), federal district courts have "original jurisdiction" over civil class action lawsuits when three requirements are met: "(1) any member of the plaintiff class is a citizen of a state different from the state of citizenship of any defendant, (2) the aggregate amount in controversy exceeds $5 million, and (3) the proposed plaintiff class contains at least 100 members." *Dudley,* 778 F.3d at 911 (emphasis omitted) (citing 28 U.S.C. § 1332(d)(2), (5), (6)). Based on the allegations in the Complaint, which must be taken as true for purposes of removal, and for the reasons set forth below, all requirements of CAFA are satisfied.

8.     The first requirement – referred to as minimal diversity of citizenship – is satisfied because Defendants Haley Ferguson and Epstein are citizens of different states than Plaintiff. In the Complaint, Plaintiff alleges he is "a citizen of Florida who resides in Pinellas County, FL," Defendant Haley Ferguson is "a

citizen of Nevada who resides in Clark County," and Epstein is "a citizen of California who resides in Los Angeles County . . . ." Compl. at ¶¶ 18, 24, 25.

9.     The requirement of at least 100 putative class members is also satisfied, as the Complaint specifically alleges "[t]he named Plaintiff and **thousands** of similarly situated individuals purchase [the products at issue] at inflated prices" and the proposed "classes [sic] . . . have **thousands** of members . . . ." Compl. at ¶¶ 43 & 63 (emphases added). Accordingly, the aggregate number of class members is greater than 100 persons for purposes of 28 U.S.C. § 1332(d)(5)(B).

10.     The aggregate amount in controversy is also established by the Complaint's allegations, and it exceeds the $5 million required under 28 U.S.C. § 1332(d)(2). Plaintiff alleges that "[t]he value of the loss, calculated as the price paid for a Luli Fama product less the value of the product is over $10,000,000.00 for the entire class," and further alleges that Plaintiff and the proposed class members "are entitled to damages . . . in no event less than $10,000,000.00." Compl. at ¶¶ 72 & 81. *See* 28 U.S.C. § 1453(b) ("A class action may be removed to a district court of the United States in accordance with section 1446."); 28 U.S.C. § 1446(c)(2) ("[T]he sum demanded in good faith in the initial pleading shall be deemed to be the amount in controversy.").

11.     Accordingly, the Court has original jurisdiction over this action under CAFA pursuant to 28 U.S.C. §§ 1332(d) and 1453 and this case may be removed to this Court pursuant to 28 U.S.C. § 1441(a).

### III.   **Notice Given**

12.     Pursuant to 28 U.S.C. § 1446(d), written notice of the filing of this Notice of Removal will be promptly served on Plaintiff, and a copy will be promptly filed with the Clerk of the Circuit Court of the Sixth Judicial Circuit in and for Pinellas County, Florida.  Defendants will file a certificate with the clerk of the court showing proof of service of all notices and filings with the clerk of the state court.

### IV.   **Removal is Timely Filed**

13.     This Notice has been timely filed within thirty (30) days that Epstein was alleged to have been served with the Summons and Complaint on October 25, 2022 and Defendant Luli Fama was allegedly served with the Summons and the Complaint on October 27, 2022, as required by 28 U.S.C. § 1446(b)(2).

### V.   **Pleadings and Process**

14.     In accordance with 28 U.S.C. § 1446(a) and Local Rule 1.06(b), copies of all state court process and pleadings are attached to this Notice of Removal as Exhibit B.

### VI.   **Venue**

15.     Pursuant to 28 U.S.C. § 1441(a), venue in this District Court is proper for purposes of removal because this action is currently pending in the Circuit Court of the Sixth Judicial Circuit in and for Pinellas County, Florida, which is in same District as the United States District Court for the Middle District of Florida.

16.     Moreover, venue in this Division is proper as Pinellas County is within the United States District Court for the Middle District of Florida's Tampa Division pursuant to Local Rule 1.04(a).

## VII.  CONSENT

17.     A class action "may be removed [under CAFA] by any defendant without the consent of all defendants." *Lowery v. Ala. Power Co.*, 483 F.3d 1184, 1196 (11th Cir. 2007) (quoting 28 U.S.C. § 1453(b)).  In any event, Epstein and the Luli Fama Defendants file this Notice of Removal jointly.

## VIII. <u>Non-Waiver of Defenses</u>

18.     Nothing in this Notice shall be interpreted as a waiver or relinquishment of Defendant's rights to assert any defense or affirmative matter, including, without limitation, motions to dismiss pursuant to Federal Rule of Civil Procedure 12.

ACCORDINGLY, pursuant to 28 U.S.C. §§ 1332(d), 1441(a), and 1446 this Court has jurisdiction over this matter, and Defendants Epstein, Luli Fama, Lulibabe, and Hanimian hereby remove this action from the Circuit Court of the Sixth Judicial Circuit in and for Pinellas County, Florida to this Court.

DATED:  November 23, 2022                    GREENSPOON MARDER LLP

                                              BY: */s/ Roy Taub*
                                              JEFFREY A. BACKMAN
                                              Florida Bar No. 662501
                                              ROY TAUB
                                              Florida Bar No. 116263
                                              SHANE MCGLASHEN
                                              Florida Bar No. 1018642

6

jeffrey.backman@gmlaw.com
roy.taub@gmlaw.com
shane.mcglashen@gmlaw.com
jessica.serrano-cartagena@gmlaw.com
cheryl.cochran@gmlaw.com
200 East Broward Boulevard, Suite 1800
Fort Lauderdale, Florida 33301
Telephone: 954.491.1120
Facsimile:  954.343.6958

*Attorneys for
Defendant Gabrielle Epstein*

GREENBERG TRAURIG, P.A.

BY: */s/ Jed Dwyer*
JARED DWYER
Florida Bar No. 104082
dwyerje@gtlaw.com
EMILEY PAGRABS
Florida Bar No. 1030834
pagrabse@gtlaw.com
333 Southeast Second Avenue, Suite 4400
Miami, Florida 33131
Telephone:  305.579.0500
Facsimile:  305.579.0717

*Attorneys for Defendants
LULIFAMA.COM. LLC, MY LULIBABE,
LLC, and LOURDES HANIMIAN a/k/a
LULI HANIMIAN*

7

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 23, 2022, a copy of the foregoing was electronically filed with the Court through CM/ECF, which will forward and serve a copy upon all counsel of record in compliance with the Federal Rules of Civil Procedure. I further certify that a copy of the foregoing document is being served by e-mail and FedEx overnight delivery upon the following:

> Bogdan Enica, Esq.
> PRACTUS LLP
> 66 West Flagler St., Ste. 937
> Miami, FL 33130
> bogdan.enica@practus.com
>
> *Attorneys for Plaintiff*
>
>
> */s/ Roy Taub*
> ROY TAUB

# EXHIBIT A

Filing # 159348674 E-Filed 10/17/2022 10:54:51 AM

**IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT,
IN AND FOR PINELLAS COUNTY, FLORIDA**

Civil Action No. 22-004923-CI

ALIN POP, individually
and on behalf of all those similarly situated,

Plaintiff,

v.

LULIFAMA.COM. LLC,
MY LULIBABE, LLC,
LOURDES HANIMIAN a/k/a LULI HANIMIAN,
TAYLOR MACKENZIE GALLO a/k/a TEQUILA TAYLOR,
ALEXA COLLINS,
ALLISON MARTINEZ a/k/a ALLI MARTINEZ,
CINDY PRADO,
GABRIELLE EPSTEIN,
HALEY PALVE a/k/a HALEY FERGUSON,
LEIDY AMELIA LABRADOR,
PRISCILLA RICART,

Defendants.

---

**CLASS ACTION COMPLAINT
AND DEMAND FOR JURY TRIAL**

---

Plaintiff, ALIN POP ("Pop" or "Plaintiff"), on behalf of himself
and all those similarly situated, brings the following Complaint
against Defendants LULIFAMA.COM. LLC, MY LULIBABE, LLC,
LOURDES HANIMIAN a/k/a LULI HANIMIAN, TAYLOR MACKENZIE
GALLO a/k/a TEQUILA TAYLOR, ALEXA COLLINS, ALLISON

MARTINEZ a/k/a ALLI MARTINEZ, CINDY PRADO, GABRIELLE EPSTEIN, HALEY PALVE a/k/a HALEY FERGUSON, LEIDY AMELIA LABRADOR, PRISCILLA RICART (collectively "Defendants"), alleging as follows:

## INTRODUCTORY STATEMENT

1.     This is a class action seeking monetary damages, restitution, injunctive and declaratory relief from Defendants LuliFama.com LLC, My Lulibabe LLC (collectively "Luli Fama"), Lourdes Hanimian, individually, ("Hanimian") and so-called "influencers" illegally promoting Luli Fama products: Taylor Gallo A/K/A Tequila Taylor, Cindy Prado, Priscilla Ricart, Haley Ferguson, Gabrielle Epstein, Alli Martinez, and Alexa Collins (collectively "Influencers").

2.     This action arises from the deceptive and misleading promotion of Luli Fama products in the state of Florida and throughout the United States.

3.     During the Class Period (defined below), the Influencers misrepresented the material relationship they have with the brand by promoting Luli Fama products without disclosing the fact that they were paid to do it, in violation of the law.

2

4.    In order to artificially inflate the prices for the Luli Fama products, both Luli Fama and the Influencers devised a scheme in which the influencers tag or recommend Luli Fama products, pretending they are disinterested and unaffiliated consumers.

5.    Relying on the undisclosed paid advertising, the named plaintiff and the class members purchased products that proved to be of a lower value than the price paid and therefore suffered damages.

## LULI FAMA

6.    Luli Fama is a swimwear designer, manufacturer and reseller that came to fame with the rise of Instagram. Luli Fama products are now sold across 80 countries and in the world's most luxurious locations[1].

7.    Hanimian is the founder, owner, CEO and product designer for Luli Fama.  She personally oversees all of its corporate operations, swimwear design, manufacturing, marketing, social media and supervises Luli Fama's relationship with the Influencers. Hanimian is an integral part of Luli Fama's day-to-day operations

---

[1] https://www.lulifama.com/pages/about-us (last visited July 12, 2022)

3

and has been involved with its Instagram and social media strategy since its inception.

8.      Despite having two brick-and-mortar stores in Miami-Dade, Luli Fama thrives due to its sales over the Internet. Even the company's legal registered name (LuliFama.Com) indicates that the company is designed as an online store.  It is primarily focused on online sales rather than sales through any other channels. Importantly, most of Luli Fama's online sales come from social media, including Instagram.

9.      Asking social media influencers to advertise its products and disguise such advertising as honest consumer recommendation is a large part of Luli Fama's strategy to capture a major segment of the swimwear market in Florida, the United States, and worldwide.

10.     As the Influencers promote Luli Fama products, its sales soar and Luli Fama makes tens of millions of dollars that can be attributed directly to the disguised Instagram advertising campaigns.

11.     Out of the immense profits obtained from this scheme, significant monies are paid to the Influencers for their indispensable contribution.

**THE PRACTICE**

12.    The advertising practices employed by Luli Fama and the Influencers is very profitable and very illegal. Both Federal law and Florida law prohibits such commercial behavior.

13.    In this case, Pop purchased Luli Fama products that proved to be of an inferior quality, compared with the expectations the Plaintiff had and the price he paid.

14.    Pop followed to what he believed to be the honest advice of the Influencers. Sometimes Influencers will only tag Luli Fama in their posts, suggesting that this is just another swimsuit they purchased, and that Luli Fama is their "to go" place for swimwear.

15.    Even without using words, by wearing and tagging the Luli Fama products in their posts, the Influencers indisputably advertise and endorse these products.

16.    Undisclosed advertising is prevalent on Instagram over the last few years. Defendant Alexa Collins, for example, advertised for Luli Fama on Instagram more than ten times, without mentioning even once that she is paid (substantial amounts) to advertise and keep it quiet.

5



*Screenshots from Instagram.com/alexacollins*

## NATURE OF THE ACTION

17.   In this action, the named Plaintiff, ALIN POP, and all those similarly situated seek damages, declaratory judgment, permanent injunctive relief, disgorgement of ill-gotten monies, attorney's fees and costs, and other relief from Defendants LuliFama.Com. LLC, My LuliBabe, LLC, Lourdes Hanimian, Tequila Taylor, Cindy Prado, Priscilla Ricart, Haley Ferguson, Gabrielle Epstein, Alli Martinez and Alexa Collins, for unjust enrichment, fraud, misrepresentation, violations of the FTC Act, 15 U.S.C. § 45(a), and, therefore, violations of §§ 501.201-501.213, Fla. Stat. Florida Deceptive and Unfair Trade Practices Act ("FDUTPA").

/

/

6

## PARTIES

18.    The named Plaintiff, ALIN POP ("Pop"), is a citizen of Florida who resides in Pinellas County, FL and is otherwise *sui juris*.

19.    Defendant, LULIFAMA.COM. LLC, ("Luli Fama"), is a company registered in Florida doing business as Luli Fama.

20.    Defendant, MY LULIBABE, LLC, ("Lulibabe"), is a company registered in Florida.

21.    Defendant, LOURDES HANIMIAN a/k/a LULI HANIMIAN ("Hanimian"), is the founder, CEO and designer for Luli Fama.  She is a citizen of Florida who resides in Miami-Dade County, FL and is otherwise sui juris.

22.    Defendant, Tequila Taylor Gallo ("Taylor"), is a citizen of Florida who resides in Pasco County and is otherwise *sui juris.* Taylor is transacting business in Florida over the internet and actively soliciting business in Florida.

23.    Defendant, Priscilla Ricart ("Ricart"), is a citizen of Florida who resides in Miami-Dade County and is otherwise *sui juris.* Ricart is transacting business in Florida over the internet and actively soliciting business in Florida.

24.    Defendant, Haley Ferguson ("Ferguson"), is a citizen of

7

Nevada who resides in Clark County and is otherwise *sui juris*. Ferguson is transacting business in Florida over the internet and actively soliciting business in Florida.

25.   Defendant, Gabrielle Epstein, ("Epstein"), is a citizen of California who resides in Los Angeles County and is otherwise *sui juris*. Epstein is transacting business in Florida over the internet and actively soliciting business in Florida.

26.   Defendant, Alexa Collins ("Collins"), is a citizen of Florida who resides in Broward County and is otherwise *sui juris*. Collins is transacting business in Florida over the internet and actively soliciting business in Florida.

27.   Defendant, Cindy Prado, ("Prado") is a citizen of Florida who resides in Miami-Dade County and is otherwise *sui juris*. Prado is transacting business in Florida over the internet and actively soliciting business in Florida.

28.   Defendant, Alli Martinez, ("Martinez") is a citizen of Florida who resides in Palm Beach County and is otherwise *sui juris*. Martinez is transacting business in Florida over the internet and actively soliciting business in Florida.

/

## JURISDICTION AND VENUE

29.    This is a cause of action for damages exceeding $30,000 and within the jurisdictional limits of this Court.

30.    Jurisdiction is proper in Florida courts pursuant to §48.193, Fla. Stat., since the Luli Fama defendants are based in Florida and engage in business in the United States through their Florida office.

31.    The Influencers engage in substantial activities within Florida and a substantial portion of the swimwear is promoted using Florida locations.

32.    The named Plaintiff, Pop, is a Florida citizen and engaged in the transaction that gave rise to this lawsuit from a Florida location.

33.    Venue is proper in Pinellas County, Florida pursuant to §47.011, Fla. Stat. The Defendants are alleged to perpetrate their illegal conduct in Pinellas County.

## STATEMENT OF FACTS

34.    Social media emerged in the last years as a main source

9

of information and communication[2] for billions of users.

36. There were an estimated 157 million Instagram users in the United States in 2021[3], while the platform engaged last year over 2 billion monthly users[4].

36. In the last three years, Instagram has become one of the most popular ways to influence consumer behavior on social media. Since 2017, Instagram has grown tremendously, adding 100 million users every few months[5]. Around seven-in-ten Americans ages 18 to 29 (71%) say they use Instagram.[6]

37. Given the enormous reach of Instagram and other social media platforms, and in an effort to curb online behavior that ignores

---

[2] Fink, T., 2021. *Drivers of User Engagement in Influencer Branding*. [S.l.]: Springer Fachmedien Wiesbaden, p.2.

[3] Statista. 2021. *Leading countries based on Instagram audience size as of October 2021*: http://www.statista.com/statistics/578364/countries-with-most-instagram-users/ (last visited Feb 11 2022).

[4] Rodriguez, S., 2021. *Instagram surpasses 2 billion monthly users while powering through a year of turmoil*, https://www.cnbc.com/2021/12/14/instagram-surpasses-2-billion-monthly-users.html (last visited Feb 11, 2022).

[5] Farhad Manjoo, *Why Instagram Is Becoming Facebook's Next Facebook* The New York Times, April 26, 2017, https://www.nytimes.com/2017/04/26/technology/why-instagram-is-becoming-facebooks-next-facebook.html (last visited June 17, 2020).

[6] Schaeffer, K., 2022. *7 Facts About Americans and Instagram*. Pew Research Center. https://pewrsr.ch/3FqryHE (last visited Feb 11, 2022).

the law and uses the lack of enforcement as an excuse for violating laws across jurisdiction, the FTC published guidelines for social media influencers regarding proper advertising practices[7].

38.   Indeed, the rapid growth of social media platforms allowed for a lack of regulation and oversight.   Some 80% of social media users said they were concerned about advertisers and businesses accessing the data they share on social media platforms, and 64% said the government should do more to regulate advertisers[8].

39.   Unscrupulous "influencers" are acting as advertisers for hire by posting fake reviews for sponsored products or failing to disclose that they were paid to create the content displayed on their profile. These "influencers" advertise everything from alcohol to cannabinoids, from political ideas to pornographic websites, to illegal giveaways, as long as they are paid obscene amounts of money.

---

[7] Federal Trade Commission. 2019. *Disclosures 101 for Social Media Influencers.* Available at: https://www.ftc.gov/system/files/documents/plain-language/1001a-influencer-guide-508_1.pdf (last visited Feb. 25, 2022).

[8] Raine, L., 2022. *Americans' complicated feelings about social media in an era of privacy concerns.* http://www.pewresearch.org/fact-tank/2018/03/27/americans-complicated-feelings-about-social-media-in-an-era-of-privacy-concerns/ (last visited Feb. 15, 2022).

40.   For example, Defendant Alexa Collins advertises alcohol on her Instagram account without disclosing that she is paid to do so, and without regard to the rules relating to advertising alcohol found in 27 CFR 5.233(a) and Instagram's own policies.[9]



*Screenshots from Instagram.com/alexacollins*

41.   As part of its business, Defendant Luli Fama claims that its swimwear is seen on models and celebrities. It seems like the celebrities are choosing Luli Fama when they have a choice of swimwear, adding to the image of the brand.

42.   In fact,  Luli Fama's business model is to pay a number

---

[9] "Users may not post content that attempts to buy, sell, trade, donate or gift alcohol products if it is not posted by a Page, Group, or Instagram Profile representing a real brick and mortar store, legitimate website, or brand."

of carefully selected influencers to wear Luli Fama products and present those products to their followers, without disclosing their paid relationship with Luli Fama.

43.    The named Plaintiff and thousands of similarly situated individuals purchase such products at inflated prices, exclusively because of the way the products are advertised.

## THE INFLUENCERS

44.    Despite being compensated for wearing and promoting the Luli Fama swimwear, none of the Influencers use the "paid partnership" tag suggested by the FTC or other disclosures like "#ad," or "#sponsored." Therefore, they are not compliant with the FTC Rules found in 16 C.F.R. § 255.5 and the FTC guidelines regarding advertising on social media.[10]

45.    In fact, many of the Influencers are familiar with the FTC guidelines and properly display the required disclosures when the brands are not willing to pay them to disguise the advertising.

/

/

---

[10] Federal Trade Commission, *supra* note 7.

13

 

*Screenshots from https://www.instagram.com/gabbyepstein/*

46.   The Plaintiff is following Defendants on Instagram. Plaintiff's decision to purchase the Luli Fama products was determined by the Influencers he followed, specifically by the Defendants in this case.

## THE ADVERTISING

47.   Facebook, the parent company of Instagram, offers various products that advertisers can use for commercial use. For example, an advertiser may promote content using a *boosted post* or an *Instagram ad* for a price paid directly to Facebook. Both the *post* and the *ad* are created by the advertiser that wants to promote a certain message, service, or product. They are clearly marked as advertising by Instagram.

48.   The same advertisers can also promote content by directly paying influencers to create a collaboration post. Influencers

can also be paid for ads to be posted on the influencer's account, as part of the *feed* (the pictures and videos displayed for a user when accessing or refreshing an account) or as part of *stories* (short videos that only show for a limited amount of time and, usually, can only be viewed once). Such collaboration should be properly disclosed.

49.    Another way Instagram allows advertisers to use the platform is by sponsoring independent content generated by the influencers themselves. In this case the influencer should take advantage of the "paid partnership" tag offered by Instagram to show that influencer is being compensated to generate this content. A "paid partnership" tag is also a step in maintaining compliance with the Federal Trade Commission's ("FTC") rules and guidelines.

50.    Every time an influencer advertises a product, such advertisement appears in the Instagram *feed* of everybody following the influencer.

51.    The FTC has repeatedly published guidelines for influencers regarding proper advertising practices, the latest version released in 2019 and attached in *Exhibit A*.

52.    By advertising the Luli Fama products without regards to the disclosure requirements, the Influencers are in violation of

Section 5(a) of 15 U.S.C. § 45(a), which is a per se violation of FDUTPA.

53.    By instructing and allowing the Influencers to advertise its products without making the proper disclosures, Luli Fama is in violation of Section 5(a) of 15 U.S.C. § 45(a), which is a per se violation of FDUTPA.

**PLAINTIFF**

54.    Given the fact that the products were worn by his favorite influencers, Plaintiff decided to purchase Luli Fama products and placed Order 1152147. He purchased such products as a present for his spouse.

55.    In doing so, Plaintiff paid a premium for Luli Fama swimwear. Compared to other swimwear brands (i.e. Victoria's Secret), Luli Fama is approximately 100% more expensive.

56.    When Pop realized that the products purchased are of an inferior quality, he tried to return the products, but Luli Fama was unable to accept his return.

57.    Pop tried to sell the unused product on eBay, the only platform where he has an account that allows him to sell products, but he received only small offers that barely covered shipping,

showing one more time that the value of the products is much lower than the price he paid.

## CLASS ALLEGATIONS

58.   Plaintiff incorporates by reference all previous paragraphs of this Complaint as if fully re-written herein.

59.   Plaintiff asserts the counts stated herein as class action claims pursuant to Fla. R. Civ P. 1.220.

60.   Plaintiff is filing this lawsuit on behalf of all persons that purchased products from Luli Fama using their social media platform or their online store from October 6, 2018, to present ("class period").

61.   Plaintiff's claims are typical for the class and, as the named Plaintiff, he is aware of other persons in the same situation.

62.   Pop will fairly and adequately protect the interests of the class.

63.   The classes represented by Pop have thousands of members and the joinder of all members is impracticable.

64.   Since the whole class purchased *Luli Fama* products and such products are promoted by the Defendants, the questions of law and fact are common to the class.

65.    As questions of law and fact that are common to class members predominate over any questions affecting only individual members, a class action is superior to other available methods for fairly and efficiently adjudicating this controversy.

## COUNT I: VIOLATIONS OF FLORIDA'S DECEPTIVE AND UNFAIR TRADE PRACTICES ACT – Luli Fama and the Influencers

66.    Plaintiff    incorporates    by    reference    all    previous paragraphs of this Complaint as if fully rewritten herein. As set forth above, the Plaintiff asserts this count on his own behalf and on behalf of all other similarly situated persons pursuant to Fla. R. Civ P. 1.220 against Defendants Luli Fama and the Influencers.

67.    Luli Fama provided Instagram users with the means and instrumentalities for the commission of deceptive acts and practices and engaged in a deceptive act or unfair practice, by engaging in deceptive conduct and statutory violations.

68.    For a fee, each of the Influencers, with the means and instrumentalities for the commission of deceptive acts and practices, engaged in a deceptive act or unfair practice, by engaging in fraud and statutory violations.

69.    By failing to disclose material connections,  Defendants Luli Fama and the Influencers violated Section 5(a) of 15 U.S.C. §

45(a) which represents a *per se* violation of "FDUTPA".

70.   Such practices as the ones employed by the Defendants are illegal, unethical, unscrupulous, and likely to mislead any consumer acting reasonably in the circumstances, to the class members' detriment.

71.   Defendants' engagement in these unfair practices caused the Plaintiff to suffer a loss.

72.   The value of the loss, calculated as the price paid for a Luli Fama product less the value of the product is over $10,000,000.00 for the entire class.

73.   Plaintiff also requests injunctive relief. Absent injunctive relief by this Court, Defendants Luli Fama and the Influencers are likely to continue to injure consumers, reap unjust enrichment, and harm the class members.

74.   In the alternative, pursuant to § 501.211(1), Fla. Stat., as Plaintiff is aggrieved by the violation of FDUTPA, he is entitled to obtain a declaratory judgment that Defendants' practice violates the law and to enjoin the Defendants as they have violated, are violating, and are likely to violate the Act in the future.

75.   Plaintiff also requests attorney fees against Luli Fama

and the Influencers pursuant to § 501.2105, Fla. Stat.

### COUNT II: UNJUST ENRICHMENT – All Defendant

76.    Plaintiff incorporates by reference all paragraphs 1-65 of this Complaint as if fully rewritten herein. As set forth above, Plaintiff asserts this count on his own behalf and on behalf of all other similarly situated Instagram users against All Defendants.

77.    By paying the high prices demanded by Luli Fama, Plaintiff and the members of the class conferred a direct benefit to each of the Defendants.

78.    Instagram users that are members of the class continue to suffer injuries as a result of the Defendants' unlawful activities. If the Defendants do not compensate the Plaintiff and class members, they would be unjustly enriched as a result of their unlawful act or practices.

79.    It is an equitable principle that no one should be allowed to profit from his own wrong, therefore it would be inequitable for the Defendants to retain said benefit and reap an unjust enrichment.

80.    Since Defendants unjustly enriched themselves at the expense of the Instagram users, Plaintiff requests the disgorgement of these ill-gotten money.

81.  Due to Defendants' conduct, Plaintiff and the putative class members are entitled to damages according to proof, but in no event less than $10,000,000.00.

**COUNT III: NEGLIGENT MISREPRESENTATION – All Defendants**

82.  Plaintiff incorporates by reference all paragraphs 1-65 of this Complaint as if fully rewritten herein. As set forth above, Plaintiff asserts this count on his own behalf and on behalf of all other similarly situated persons pursuant to Fla. R. Civ P. 1.220 against all Defendants.

83.  Defendants had a duty to be truthful in their commercial speech. In convincing Plaintiff to purchase Luli Fama products, Defendants made representations that they knew to be false, or negligently failed to examine the veracity of the affirmations.

84.  As a result of Defendants' negligent misrepresentations, Plaintiff and members of the Class suffered injury.

**DEMAND FOR JURY TRIAL**

85.  Plaintiff and those similarly situated demand a trial by jury for all issues so triable.

/

/

21

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff, ALIN POP, respectfully requests that judgment be entered in his favor and in favor of those similarly situated as follows:

a.  Certifying and maintaining this action as a class action, with the named Plaintiff as designated class representative and with his counsel appointed as class counsel;

b.  Declaring the Defendants in violation of each of the counts set forth above;

c.  Awarding the Plaintiff and those similarly situated compensatory, punitive, and treble damages;

d.  Awarding the Plaintiff and those similarly situated liquidated damages;

e.  Order the disgorgement of ill-gotten monies;

f.  Awarding the named Plaintiff a service award;

g.  Awarding pre-judgment, post-judgment, and statutory interest;

h.  Awarding attorneys' fees and costs as set forth herein;

i.  Awarding such other and further relief as the Court may deem just and proper.

Pursuant to Fla. R. Jud. Admin. 2.516, the undersigned attorneys designate Bogdan.Enica@practus.com and Keith.Gibson@practus.com for service in the above-styled matter. Service is to be made at the email addresses listed here and to no others. Service shall be complete upon emailing to the designated email address, provided that the provisions of Rule 2.516 are followed.

Dated: October 17, 2022

Respectfully Submitted,

PRACTUS, LLP

s/Bogdan Enica
Bogdan, Enica
FL Bar No.: 101934
66 West Flagler St. Ste. 937
Miami, FL 33130
Telephone: (305) 539-9206
Email: Bogdan.Enica@practus.com

Keith L. Gibson (*pro hac vice* forthcoming)
IL Bar No.: 6237159
11300 Tomahawk Crk. Pkwy. Ste. 310
Leawood, KS 66211
Telephone: (630) 677-6745
Email: Keith.Gibson@practus.com

*Counsel for Plaintiff and the Putative Class*

# Exhibit A

Disclosures 101 for Social Media Influencers

# Do you work with brands to recommend or endorse products?

If so, you need to comply with the law
when making these recommendations.

One key is to make a good disclosure
of your relationship to the brand.

This brochure from FTC staff gives tips on
when and how to make good disclosures.

The FTC works to stop deceptive ads, and its Endorsement Guides
go into detail about how advertisers and endorsers can stay on the
right side of the law.

If you endorse a product through social media, your endorsement
message should make it obvious when you have a relationship
("material connection") with the brand. A "material connection" to
the brand includes a personal, family, or employment relationship or
a financial relationship — such as the brand paying you or giving you
free or discounted products or services.

Telling your followers about these kinds of relationships is important
because it helps keep your recommendations honest and truthful,
and it allows people to weigh the value of your endorsements.

As an influencer, it's **your responsibility** to make these disclosures,
to be familiar with the Endorsement Guides, and to comply with laws
against deceptive ads. Don't rely on others to do it for you.



# When to Disclose

▶ Disclose when you have any **financial, employment, personal, or family relationship** with a brand.

　» Financial relationships aren't limited to money. Disclose the relationship if you got anything of value to mention a product.

　» If a brand gives you free or discounted products or other perks and then you mention one of its products, make a disclosure even if you weren't asked to mention *that* product.

　» Don't assume your followers already know about your brand relationships.

　» Make disclosures even if you think your evaluations are unbiased.

▶ Keep in mind that tags, likes, pins, and similar ways of showing you like a brand or product are endorsements.

▶ If posting from abroad, U.S. law applies if it's reasonably foreseeable that the post will affect U.S. consumers. Foreign laws might also apply.

▶ If you have no brand relationship and are just telling people about a product you bought and happen to like, you don't need to declare that you **don't** have a brand relationship.

3

# How to Disclose

Make sure people will **see and understand** the disclosure.

▶ Place it so it's **hard to miss.**

» The disclosure should be placed with the endorsement message itself.

» Disclosures are likely to be missed if they appear only on an ABOUT ME or profile page, at the end of posts or videos, or anywhere that requires a person to click MORE.

» Don't mix your disclosure into a group of hashtags or links.

» If your endorsement is in a *picture* on a platform like Snapchat and Instagram Stories, superimpose the disclosure over the picture and make sure viewers have enough time to notice and read it.

» If making an endorsement in a *video*, the disclosure should be in the video and not just in the description uploaded with the video. Viewers are more likely to notice disclosures made in both audio and video. Some viewers may watch without sound and others may not notice superimposed words.

» If making an endorsement in a *live stream*, the disclosure should be repeated periodically so viewers who only see part of the stream will get the disclosure.



Disclosures 101 for Social Media Influencers



▶ Use **simple and clear** language.

   » Simple explanations like "Thanks to Acme brand for the free product" are often enough if placed in a way that is hard to miss.

   » So are terms like "advertisement," "ad," and "sponsored."

   » On a space-limited platform like Twitter, the terms "AcmePartner" or "Acme Ambassador" (where Acme is the brand name) are also options.

   » It's fine (but not necessary) to include a hashtag with the disclosure, such as #ad or #sponsored.

   » Don't use vague or confusing terms like "sp," "spon," or "collab," or stand-alone terms like "thanks" or "ambassador," and stay away from other abbreviations and shorthand when possible.

▶ The disclosure should be in the same language as the endorsement itself.

▶ Don't assume that a platform's disclosure tool is good enough, but consider using it in addition to your own, good disclosure.

5

# What Else to Know

▶ You can't talk about your experience with a product you haven't tried.

▶ If you're paid to talk about a product and thought it was terrible, you can't say it's terrific.

▶ You can't make up claims about a product that would require proof the advertiser doesn't have — such as scientific proof that a product can treat a health condition.





Disclosures 101 for Social Media Influencers



## FOR MORE INFORMATION

Have more questions? The FTC's Endorsement Guides: What People Are Asking is an FTC staff publication that answers many questions about the use of endorsements, including in social media, with many helpful examples.

# FTC.gov/influencers





FEDERAL TRADE COMMISSION

business.ftc.gov

November 2019

Filing # 159348674 E-Filed 10/17/2022 10:54:51 AM

**IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT,
IN AND FOR PINELLAS COUNTY, FLORIDA**

Civil Action No.

ALIN POP,
and those similarly situated,
Plaintiffs,

v.

LULIFAMA.COM. LLC, et. al,
Defendants.

## CIVIL ACTION SUMMONS

THE STATE OF FLORIDA
To Each Sheriff of Said State

YOU ARE HEREBY COMMANDED to serve this Summons and a copy of the Complaint, in this action on Defendant:

**GABRIELLE GRACE EPSTEIN
555 S Barrington Ave Apt 311
Los Angeles, CA 90049**

Defendant is required to serve a written defense to the complaint or petition on Plaintiff's attorney: Bogdan Enica, Esq.      66 W. Flagler St. Ste.937, Miami, Florida 33130, <u>within 20 days after service of this summons</u> on Defendant, exclusive the day of service, and file the original of the defenses with the Clerk of this Court either before service on Plaintiff's attorney or immediately thereafter. If Defendant fails to do so, a default will be entered against the Defendant for the relief demanded in the complaint of petition.

Dated on:   OCT 17 2022



Ken Burke
Clerk of Courts
Pinellas County, Florida

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the Human Rights Office, 400 S. Ft. Harrison Ave., Ste. 300, Clearwater, FL 33756, (727) 4644062 (V/TDD); within 2 working days of receipt of this document. The court does not provide transportation and cannot accommodate for this service. Persons with disabilities needing transportation to court should contact their local public transportation providers for information regarding disabled transportation services.

IMPORTANT

KEN BURKE CLERK CIRCUIT COU
315 Court Street
Clearwater, Pinellas County, FL 337

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book). If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar Ia demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que e] tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted n0 contesta 1a demanda a tiempo, pudiese perder el caso y podria ser despoj ado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisites legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica. Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

IMPORTANT

Des poursuites judiciares ont ete entreprises centre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte cijointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir Ies services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service dc reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).
Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme cidessous.

2

## IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT, IN AND FOR PINELLAS COUNTY, FLORIDA

Civil Action No.

ALIN POP,
and those similarly situated,
Plaintiffs,

v.

LULIFAMA.COM. LLC, et. al,
Defendants.

### CIVIL ACTION SUMMONS

THE STATE OF FLORIDA
To Each Sheriff of Said State

YOU ARE HEREBY COMMANDED to serve this Summons and a copy of the Complaint, in this action on Defendant:

**LULIFAMA.COM, LLC**, by serving its registered agent:
**Gregorio Hanimian**
**8785 NW 13 Terrace**
**Doral FL 33712**

Defendant is required to serve a written defense to the complaint or petition on Plaintiff's attorney: Bogdan Enica, Esq. 66 W. Flagler St. Ste.937, Miami, Florida 33130, within 20 days after service of this summons on Defendant, exclusive the day of service, and file the original of the defenses with the Clerk of this Court either before service on Plaintiff's attorney or immediately thereafter. If Defendant fails to do so, a default will be entered against the Defendant for the relief demanded in the complaint of petition.

Dated on:  OCT 17 2022

Ken Burke
Clerk of Courts
Pinellas County, Florida

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the Human Rights Office, 400 S. Ft. Harrison Ave., Ste. 300, Clearwater, FL 33756, (727) 4644062 (V/TDD); within 2 working days of receipt of this document. The court does not provide transportation and cannot accommodate for this service. Persons with disabilities needing transportation to court should contact their local public transportation providers for information regarding disabled transportation services.

IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book). If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff' s Attorney" named below.

IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar Ia demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que e] tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted n0 contesta 1a demanda a tiempo, pudiese perder el caso y podria ser despoj ado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisites legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica. Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff' s Attorney" (Demandante o Abogado del Demandante).

IMPORTANT

Des poursuites judiciares ont ete entreprises centre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte cijointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir Ies services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service dc reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).
Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme cidessous.

Case Number:22-004923-CI

## IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT, IN AND FOR PINELLAS COUNTY, FLORIDA

Civil Action No.

ALIN POP,
and those similarly situated,
Plaintiffs,

v.

LULIFAMA.COM. LLC, et. al,
Defendants.

## CIVIL ACTION SUMMONS

THE STATE OF FLORIDA
To Each Sheriff of Said State

YOU ARE HEREBY COMMANDED to serve this Summons and a copy of the Complaint, in this action on Defendant:

**My LuliBabe, LLC**, by serving its registered agent:
**Gregorio Hanimian**
**8785 NW 13 Terrace**
**Doral FL 33712**

Defendant is required to serve a written defense to the complaint or petition on Plaintiff's attorney: Bogdan Enica, Esq. 66 W. Flagler St. Ste.937, Miami, Florida 33130, within 20 days after service of this summons on Defendant, exclusive the day of service, and file the original of the defenses with the Clerk of this Court either before service on Plaintiff's attorney or immediately thereafter. If Defendant fails to do so, a default will be entered against the Defendant for the relief demanded in the complaint of petition.

Dated on: OCT 17 2022

Ken Burke
Clerk of Courts
Pinellas County, Florida

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the Human Rights Office, 400 S. Ft. Harrison Ave., Ste. 300, Clearwater, FL 33756, (727) 4644062 (V/TDD); within 2 working days of receipt of this document. The court does not provide transportation and cannot accommodate for this service. Persons with disabilities needing transportation to court should contact their local public transportation providers for information regarding disabled transportation services.

IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book). If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff' s Attorney" named below.

IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar Ia demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que e] tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted n0 contesta 1a demanda a tiempo, pudiese perder el caso y podria ser despoj ado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisites legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica. Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff' s Attorney" (Demandante o Abogado del Demandante).

IMPORTANT

Des poursuites judiciares ont ete entreprises centre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte cijointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir Ies services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service dc reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).
Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme cidessous.

## IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT,
## IN AND FOR PINELLAS COUNTY, FLORIDA

Civil Action No.

ALIN POP,
and those similarly situated,
Plaintiffs,

v.

LULIFAMA.COM. LLC, et. al,
Defendants.

### CIVIL ACTION SUMMONS

THE STATE OF FLORIDA
To Each Sheriff of Said State

YOU ARE HEREBY COMMANDED to serve this Summons and a copy of the
Complaint, in this action on Defendant:

**LOURDES HANIMIAN**
**8785 NW 13 TERRACE**
**DORAL, FL 33172**

Defendant is required to serve a written defense to the complaint or petition on
Plaintiff's attorney: Bogdan Enica, Esq. 66 W. Flagler St. Ste.937, Miami, Florida
33130, within 20 days after service of this summons on Defendant, exclusive the day
of service, and file the original of the defenses with the Clerk of this Court either before
service on Plaintiff's attorney or immediately thereafter. If Defendant fails to do so, a
default will be entered against the Defendant for the relief demanded in the complaint
of petition.

Dated on:  OCT 17 2022

Ken Burke
Clerk of Courts
Pinellas County, Florida

If you are a person with a disability who needs any accommodation in order to participate
in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance.
Please contact the Human Rights Office, 400 S. Ft. Harrison Ave., Ste. 300, Clearwater, FL
33756, (727) 4644062 (V/TDD); within 2 working days of receipt of this document. The court
does not provide transportation and cannot accommodate for this service. Persons with
disabilities needing transportation to court should contact their local public transportation
providers for information regarding disabled transportation services.

KEN BURKE CLERK CIRCUIT COURT
315 Court Street
Clearwater, Pinellas County, FL 33756-5165

IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book). If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff' s Attorney" named below.

IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar Ia demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que e] tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted n0 contesta 1a demanda a tiempo, pudiese perder el caso y podria ser despoj ado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisites legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica. Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff' s Attorney" (Demandante o Abogado del Demandante).

IMPORTANT

Des poursuites judiciares ont ete entreprises centre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte cijointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir Ies services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service dc reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).
Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme cidessous.

# COMPOSITE EXHIBIT B

# REGISTER OF ACTIONS
### CASE NO. 22-004923-CI



Order Documents!   *Click Here!*
*Request Now!*   Including Certified!

| | | |
|---|---|---|
| **ALIN POP Vs. MY LULIBABE LLC, et al** | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case Type: **ANTITRUST/TRADE REGULATION**<br>Date Filed: **10/17/2022**<br>Location: **Section 11**<br>Judicial Officer: **WILLIAMS, AMY M**<br>UNIFORM CASE NUMBER: **522022CA004923XXCICI** |

## PARTY INFORMATION

|  |  | **Attorneys** |
|---|---|---|
| **DEFENDANT** | **COLLINS, ALEXA**<br>1901 NE 56TH ST<br>FT. LAUDERDALE, FL 33308 | |
| **DEFENDANT** | **EPSTEIN, GABRIELLE**<br>555 S BARRINGTON AVE APT 311<br>LOS ANGELES, CA 90049 | |
| **DEFENDANT** | **GALLO, TAYLOR MACKENZIE** *ALSO KNOWN AS* **TAYLOR, TEQUILA**<br>801 BROWN ST<br>KEY LARGO, FL 33037 | |
| **DEFENDANT** | **HANIMIAN, LOURDES** *ALSO KNOWN AS* **HANIMIAN, LULI**<br><br><br><br>8785 NW 13 TERRACE<br>DORAL, FL 33172 | **JARED DWYER**<br><br>GREENBERG TRAURIG PA<br>333 SOUTHEAST 2ND AVE<br>STE 4400<br>MIAMI, FL 33131<br><br>305-579-0500(W)<br><br><br>**EMILEY PAGRABS**<br><br>GREENBERG TRAURIG PA<br>333 SOUTHEAST 2ND AVE<br>SUITE 4400<br>MIAMI, FL 33131 |
| **DEFENDANT** | **LABRADOR, LEIDY AMELIA**<br>888 BISCAYNE BLVD. APT.4503<br>MIAMI, FL 33132 | |
| **DEFENDANT** | **LULIFAMA COM LLC**<br><br><br><br>8785 NW 13 TERRACE<br>DORAL, FL 33712 | **JARED DWYER**<br><br>GREENBERG TRAURIG PA<br>333 SOUTHEAST 2ND AVE<br>STE 4400<br>MIAMI, FL 33131<br><br>305-579-0500(W)<br><br><br>**EMILEY PAGRABS**<br><br>GREENBERG TRAURIG PA<br>333 SOUTHEAST 2ND AVE |

SUITE 4400
MIAMI, FL 33131

**DEFENDANT**   **MARTINEZ, ALLISON** *ALSO KNOWN*
*AS* **MARTINEZ, ALLI**
135 JONES CREEK DR
JUPITER, FL 33458

**DEFENDANT**   **MY LULIBABE LLC**                                          **JARED DWYER**

GREENBERG TRAURIG PA
333 SOUTHEAST 2ND AVE
STE 4400
MIAMI, FL 33131

8785 NW 13 TERRACE
DORAL, FL 33712                                                  305-579-0500(W)

EMILEY PAGRABS

GREENBERG TRAURIG PA
333 SOUTHEAST 2ND AVE
SUITE 4400
MIAMI, FL 33131

**DEFENDANT**   **PALVE, HALEY  FERGUSON, HALEY**
10155 HOLLIS MOUNTAIN AVE
LAS VEGAS, NV 89148

**DEFENDANT**   **PRADO, CINDY**
488 NE 18 ST UNIT. 4412
MIAMI, FL 33132

**DEFENDANT**   **RICART, PRISCILLA**
1115 NE 17TH TER
FORT LAUDERDALE, FL 33304

**PLAINTIFF**   **POP, ALIN  AND ON BEHALF OF ALL THOSE**                    **BOGDAN ENICA, ESQ**
**SILILARLY SITUATED**
100 SECOND AVE S STE
66 W FLAGLER ST STE.937                                          302S
MIAMI, FL 33130                                                 ST PETERSBURG, FL 33701

727-388-3742(W)

---

## EVENTS & ORDERS OF THE COURT

### OTHER EVENTS AND HEARINGS

| | | |
|---|---|---|
| 11/18/2022 | **SUMMONS - ISSUED**    **Doc # 24** | |
| | Party:  COLLINS, ALEXA | |
| 11/16/2022 | **AGREED ORDER**    **Doc # 22** | |
| | *ON DEFENDANT UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT* | |
| 11/15/2022 | **CORRESPONDENCE TO COURT RE**    **Doc # 23** | |
| | *PROPOSED ORDER* | |
| 11/14/2022 | **MOTION FOR EXTENSION OF TIME FILED BY**    **Doc # 21** | |
| | *TO RESPOND TO PLAINTIFF COMPLAINT* | |
| | Party:  EPSTEIN, GABRIELLE | |
| 11/11/2022 | **NOTICE OF APPEARANCE**    **Doc # 18** | |
| | *OF COUNSEL AND DESIGNATION OF EMAIL ADDRESSES* | |
| | Party:  HANIMIAN, LOURDES | |
| | Party:  LULIFAMA COM LLC | |
| | Party:  MY LULIBABE LLC | |
| 11/11/2022 | **MOTION FOR EXTENSION OF TIME FILED BY**    **Doc # 19** | |
| | *DEFENDANTS* | |
| | Party:  HANIMIAN, LOURDES | |
| | Party:  LULIFAMA COM LLC | |
| | Party:  MY LULIBABE LLC | |
| 11/11/2022 | **WAIVER**    **Doc # 20** | |
| | *OF SERVICE OF PROCESS* | |
| 11/09/2022 | **SUMMONS - SERVED**    **Doc # 17** | |
| | *11072022* | |
| | Party:  GALLO, TAYLOR MACKENZIE | |
| 11/01/2022 | **SUMMONS - SERVED**    **Doc # 16** | |
| | *10252022* | |
| | Party:  EPSTEIN, GABRIELLE | |

| 10/31/2022 | **SUMMONS - SERVED**     Doc # 14 |
| --- | --- |
| | *10272022* |
| | Party: MY LULIBABE LLC |
| 10/31/2022 | **SUMMONS - SERVED**     Doc # 15 |
| | *10272022* |
| | Party: LULIFAMA COM LLC |
| 10/25/2022 | **SUMMONS - SERVED**     Doc # 13 |
| | *10252022* |
| | Party: RICART, PRISCILLA |
| 10/17/2022 | **CIVIL COVER SHEET - E-FILED**     Doc # 1 |
| 10/17/2022 | **COMPLAINT WITH DEMAND FOR JURY TRIAL**     Doc # 2 |
| | *WITH ATTACHMENT* |
| 10/17/2022 | **SUMMONS - ISSUED**     Doc # 3 |
| | Party: HANIMIAN, LOURDES |
| 10/17/2022 | **SUMMONS - ISSUED**     Doc # 4 |
| | Party: EPSTEIN, GABRIELLE |
| 10/17/2022 | **SUMMONS - ISSUED**     Doc # 5 |
| | Party: MY LULIBABE LLC |
| 10/17/2022 | **SUMMONS - ISSUED**     Doc # 6 |
| | Party: GALLO, TAYLOR MACKENZIE |
| 10/17/2022 | **SUMMONS - ISSUED**     Doc # 7 |
| | Party: RICART, PRISCILLA |
| 10/17/2022 | **SUMMONS - ISSUED**     Doc # 8 |
| | Party: MARTINEZ, ALLISON |
| 10/17/2022 | **SUMMONS - ISSUED**     Doc # 9 |
| | Party: LULIFAMA COM LLC |
| 10/17/2022 | **SUMMONS - ISSUED**     Doc # 10 |
| | Party: LABRADOR, LEIDY AMELIA |
| 10/17/2022 | **SUMMONS - ISSUED**     Doc # 11 |
| | Party: PALVE, HALEY |
| 10/17/2022 | **SUMMONS - ISSUED**     Doc # 12 |
| | Party: PRADO, CINDY |

---

## FINANCIAL INFORMATION

**PLAINTIFF** POP, ALIN



Court Ordered  *Click Here!*
*Pay Now!*  Fines, Fees, Costs?

| Total Financial Assessment | | | 525.00 |
| --- | --- | --- | --- |
| Total Payments and Credits | | | 525.00 |
| **Balance Due as of 11/23/2022** | | | **0.00** |

| 10/17/2022 | Transaction Assessment | | | 525.00 |
| --- | --- | --- | --- | --- |
| 10/17/2022 | E-FILE PAYMENT | Receipt # EF-2022-37416 | POP, ALIN | (525.00) |

Filing # 159348674 E-Filed 10/17/2022 10:54:51 AM

**FORM 1.997.   CIVIL COVER SHEET**

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner with the Clerk of Court for the purpose of reporting uniform data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

### I.   CASE STYLE

IN THE CIRCUIT/COUNTY COURT OF THE <u>SIXTH</u>   JUDICIAL CIRCUIT,
IN AND FOR <u>PINELLAS</u>   COUNTY, FLORIDA

<u>Alin Pop</u>
Plaintiff

Case # _____

Judge _____

vs.

<u>My LuliBabe, LLC, LULIFAMA.COM, LLC, Alexa N Collins, Cindy Prado, Priscilla Ricart,</u>
<u>Taylor M Gallo, Haley Palve, Leidy A Labrador, Alison Martinez, Gabrielle G Epstein, Lourdes</u>
<u>Hanimian</u>
 Defendant

### II.   AMOUNT OF CLAIM

Please indicate the estimated amount of the claim, rounded to the nearest dollar. The estimated amount of the claim is requested for data collection and clerical processing purposes only. The amount of the claim shall not be used for any other purpose.

☐  $8,000 or less
☐ $8,001 - $30,000
☐ $30,001- $50,000
☐ $50,001- $75,000
☐ $75,001 - $100,000
☒ over $100,000.00

### III.   TYPE OF CASE      (If the case fits more than one type of case,   select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x on both the main category and subcategory lines.

***ELECTRONICALLY FILED 10/17/2022 10:54:48 AM: KEN BURKE, CLERK OF THE CIRCUIT COURT, PINELLAS COUNTY***

**CIRCUIT CIVIL**

☐ Condominium
☐ Contracts and indebtedness
☐ Eminent domain
☐ Auto negligence
☐ Negligence—other
       ☐ Business governance
       ☐ Business torts
       ☐ Environmental/Toxic tort
       ☐ Third party indemnification
       ☐ Construction defect
       ☐ Mass tort
       ☐ Negligent security
       ☐ Nursing home negligence
       ☐ Premises liability—commercial
       ☐ Premises liability—residential
☐ Products liability
☐ Real Property/Mortgage foreclosure
       ☐ Commercial foreclosure
       ☐ Homestead residential foreclosure
       ☐ Non-homestead residential foreclosure
       ☐ Other real property actions

☐Professional malpractice
       ☐ Malpractice—business
       ☐ Malpractice—medical
       ☐ Malpractice—other professional
☒ Other
       ☒ Antitrust/Trade regulation
       ☐ Business transactions
       ☐ Constitutional challenge—statute or ordinance
       ☐ Constitutional challenge—proposed amendment
       ☐ Corporate trusts
       ☐ Discrimination—employment or other
       ☐ Insurance claims
       ☐ Intellectual property
       ☐ Libel/Slander
       ☐ Shareholder derivative action
       ☐ Securities litigation
       ☐ Trade secrets
       ☐ Trust litigation

**COUNTY CIVIL**

☐ Small Claims up to $8,000
☐ Civil
☐ Real property/Mortgage foreclosure

☐ Replevins
☐ Evictions
    ☐ Residential Evictions
    ☐ Non-residential Evictions
☐ Other civil (non-monetary)

**COMPLEX BUSINESS COURT**

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☒ No ☐

    **IV.    REMEDIES SOUGHT** (check all that apply):
    ☒ Monetary;
    ☒ Nonmonetary declaratory or injunctive relief;
    ☐ Punitive

    **V.    NUMBER OF CAUSES OF ACTION:** [   ]
    (Specify)

     3

    **VI.    IS THIS CASE A CLASS ACTION LAWSUIT?**
        ☒ yes
        ☐ no

    **VII.    HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
        ☒ no
        ☐ yes If "yes," list all related cases by name, case number, and court.
        N/A
    **VIII.    IS JURY TRIAL DEMANDED IN COMPLAINT?**
        ☒ yes
        ☐ no

    **IX.    DOES THIS CASE INVOLVE ALLEGATIONS OF SEXUAL ABUSE?**
        ☐ yes
        ☒ no

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature: s/ Bogdan Enica        Fla. Bar # 101934
    Attorney or party        (Bar # if attorney)

Bogdan Enica        10/17/2022
  (type or print name)        Date

- 3 -

# IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT, IN AND FOR PINELLAS COUNTY, FLORIDA

Civil Action No.

ALIN POP, individually
and on behalf of all those similarly situated,

Plaintiff,

v.

LULIFAMA.COM. LLC,
MY LULIBABE, LLC,
LOURDES HANIMIAN a/k/a LULI HANIMIAN,
TAYLOR MACKENZIE GALLO a/k/a TEQUILA TAYLOR,
ALEXA COLLINS,
ALLISON MARTINEZ a/k/a ALLI MARTINEZ,
CINDY PRADO,
GABRIELLE EPSTEIN,
HALEY PALVE a/k/a HALEY FERGUSON,
LEIDY AMELIA LABRADOR,
PRISCILLA RICART,

Defendants.

_____

## CLASS ACTION COMPLAINT
## AND DEMAND FOR JURY TRIAL

_____

Plaintiff, ALIN POP ("Pop" or "Plaintiff"), on behalf of himself

and all those similarly situated, brings the following Complaint

against Defendants LULIFAMA.COM. LLC, MY LULIBABE, LLC,

LOURDES HANIMIAN a/k/a LULI HANIMIAN, TAYLOR MACKENZIE

GALLO a/k/a TEQUILA TAYLOR, ALEXA COLLINS, ALLISON

MARTINEZ a/k/a ALLI MARTINEZ, CINDY PRADO, GABRIELLE
EPSTEIN, HALEY PALVE a/k/a HALEY FERGUSON, LEIDY AMELIA
LABRADOR, PRISCILLA RICART (collectively "Defendants"), alleging
as follows:

### INTRODUCTORY STATEMENT

1.     This is a class action seeking monetary damages,
restitution, injunctive and declaratory relief from Defendants
LuliFama.com LLC, My Lulibabe LLC (collectively "Luli Fama"),
Lourdes Hanimian, individually, ("Hanimian") and so-called
"influencers" illegally promoting Luli Fama products: Taylor Gallo
A/K/A Tequila Taylor, Cindy Prado, Priscilla Ricart, Haley Ferguson,
Gabrielle Epstein, Alli Martinez, and Alexa Collins (collectively
"Influencers").

2.     This action arises from the deceptive and misleading
promotion of Luli Fama products in the state of Florida and
throughout the United States.

3.     During the Class Period (defined below), the Influencers
misrepresented the material relationship they have with the brand
by promoting Luli Fama products without disclosing the fact that
they were paid to do it, in violation of the law.

2

4.     In order to artificially inflate the prices for the Luli Fama products, both Luli Fama and the Influencers devised a scheme in which the influencers tag or recommend Luli Fama products, pretending they are disinterested and unaffiliated consumers.

5.     Relying on the undisclosed paid advertising, the named plaintiff and the class members purchased products that proved to be of a lower value than the price paid and therefore suffered damages.

## LULI FAMA

6.     Luli Fama is a swimwear designer, manufacturer and reseller that came to fame with the rise of Instagram. Luli Fama products are now sold across 80 countries and in the world's most luxurious locations[1].

7.     Hanimian is the founder, owner, CEO and product designer for Luli Fama.  She personally oversees all of its corporate operations, swimwear design, manufacturing, marketing, social media and supervises Luli Fama's relationship with the Influencers. Hanimian is an integral part of Luli Fama's day-to-day operations

---

[1] https://www.lulifama.com/pages/about-us (last visited July 12, 2022)

and has been involved with its Instagram and social media strategy since its inception.

8.     Despite having two brick-and-mortar stores in Miami-Dade, Luli Fama thrives due to its sales over the Internet. Even the company's legal registered name (LuliFama.Com) indicates that the company is designed as an online store.  It is primarily focused on online sales rather than sales through any other channels. Importantly, most of Luli Fama's online sales come from social media, including Instagram.

9.     Asking social media influencers to advertise its products and disguise such advertising as honest consumer recommendation is a large part of Luli Fama's strategy to capture a major segment of the swimwear market in Florida, the United States, and worldwide.

10.    As the Influencers promote Luli Fama products, its sales soar and Luli Fama makes tens of millions of dollars that can be attributed directly to the disguised Instagram advertising campaigns.

11.    Out of the immense profits obtained from this scheme, significant monies are paid to the Influencers for their indispensable contribution.

## THE PRACTICE

12.    The advertising practices employed by Luli Fama and the Influencers is very profitable and very illegal. Both Federal law and Florida law prohibits such commercial behavior.

13.    In this case, Pop purchased Luli Fama products that proved to be of an inferior quality, compared with the expectations the Plaintiff had and the price he paid.

14.    Pop followed to what he believed to be the honest advice of the Influencers. Sometimes Influencers will only tag Luli Fama in their posts, suggesting that this is just another swimsuit they purchased, and that Luli Fama is their "to go" place for swimwear.

15.    Even without using words, by wearing and tagging the Luli Fama products in their posts, the Influencers indisputably advertise and endorse these products.

16.    Undisclosed advertising is prevalent on Instagram over the last few years. Defendant Alexa Collins, for example, advertised for Luli Fama on Instagram more than ten times, without mentioning even once that she is paid (substantial amounts) to advertise and keep it quiet.

 

*Screenshots from Instagram.com/alexacollins*

## NATURE OF THE ACTION

17.    In this action, the named Plaintiff, ALIN POP, and all those similarly situated seek damages, declaratory judgment, permanent injunctive relief, disgorgement of ill-gotten monies, attorney's fees and costs, and other relief from Defendants LuliFama.Com. LLC, My LuliBabe, LLC, Lourdes Hanimian, Tequila Taylor, Cindy Prado, Priscilla Ricart, Haley Ferguson, Gabrielle Epstein, Alli Martinez and Alexa Collins, for unjust enrichment, fraud, misrepresentation, violations of the FTC Act, 15 U.S.C. § 45(a), and, therefore, violations of §§ 501.201-501.213, Fla. Stat. Florida Deceptive and Unfair Trade Practices Act ("FDUTPA").

/

/

**PARTIES**

18.    The named Plaintiff, ALIN POP ("Pop"), is a citizen of Florida who resides in Pinellas County, FL and is otherwise *sui juris.*

19.    Defendant, LULIFAMA.COM. LLC, ("Luli Fama"), is a company registered in Florida doing business as Luli Fama.

20.    Defendant, MY LULIBABE, LLC, ("Lulibabe"), is a company registered in Florida.

21.    Defendant, LOURDES HANIMIAN a/k/a LULI HANIMIAN ("Hanimian"), is the founder, CEO and designer for Luli Fama.  She is a citizen of Florida who resides in Miami-Dade County, FL and is otherwise sui juris.

22.    Defendant, Tequila Taylor Gallo ("Taylor"), is a citizen of Florida who resides in Pasco County and is otherwise *sui juris.* Taylor is transacting business in Florida over the internet and actively soliciting business in Florida.

23.    Defendant, Priscilla Ricart ("Ricart"), is a citizen of Florida who resides in Miami-Dade County and is otherwise *sui juris.* Ricart is transacting business in Florida over the internet and actively soliciting business in Florida.

24.    Defendant, Haley Ferguson ("Ferguson"), is a citizen of

Nevada who resides in Clark County and is otherwise *sui juris*. Ferguson is transacting business in Florida over the internet and actively soliciting business in Florida.

25.    Defendant, Gabrielle Epstein, ("Epstein"), is a citizen of California who resides in Los Angeles County and is otherwise *sui juris*. Epstein is transacting business in Florida over the internet and actively soliciting business in Florida.

26.    Defendant, Alexa Collins ("Collins"), is a citizen of Florida who resides in Broward County and is otherwise *sui juris*. Collins is transacting business in Florida over the internet and actively soliciting business in Florida.

27.    Defendant, Cindy Prado, ("Prado") is a citizen of Florida who resides in Miami-Dade County and is otherwise *sui juris*. Prado is transacting business in Florida over the internet and actively soliciting business in Florida.

28.    Defendant, Alli Martinez, ("Martinez") is a citizen of Florida who resides in Palm Beach County and is otherwise *sui juris*. Martinez is transacting business in Florida over the internet and actively soliciting business in Florida.

/

**JURISDICTION AND VENUE**

29.    This is a cause of action for damages exceeding $30,000 and within the jurisdictional limits of this Court.

30.    Jurisdiction is proper in Florida courts pursuant to §48.193, Fla. Stat., since the Luli Fama defendants are based in Florida and engage in business in the United States through their Florida office.

31.    The Influencers engage in substantial activities within Florida and a substantial portion of the swimwear is promoted using Florida locations.

32.    The named Plaintiff, Pop, is a Florida citizen and engaged in the transaction that gave rise to this lawsuit from a Florida location.

33.    Venue is proper in Pinellas County, Florida pursuant to §47.011, Fla. Stat. The Defendants are alleged to perpetrate their illegal conduct in Pinellas County.

**STATEMENT OF FACTS**

34.    Social media emerged in the last years as a main source

of information and communication[2] for billions of users.

35.   There were an estimated 157 million Instagram users in the United States in 2021[3], while the platform engaged last year over 2 billion monthly users[4].

36.   In the last three years, Instagram has become one of the most popular ways to influence consumer behavior on social media. Since 2017, Instagram has grown tremendously, adding 100 million users every few months[5]. Around seven-in-ten Americans ages 18 to 29 (71%) say they use Instagram.[6]

37.   Given the enormous reach of Instagram and other  social media platforms, and in an effort to curb online behavior that ignores

---

[2] Fink, T., 2021. *Drivers of User Engagement in Influencer Branding.* [S.l.]: Springer Fachmedien Wiesbaden, p.2.

[3] Statista. 2021. *Leading countries based on Instagram audience size as of October 2021*: http://www.statista.com/statistics/578364/countries-with-most-instagram-users/ (last visited Feb 11 2022).

[4] Rodriguez, S., 2021. *Instagram surpasses 2 billion monthly users while powering      through      a      year      of      turmoil,* https://www.cnbc.com/2021/12/14/instagram-surpasses-2-billion-monthly-users.html (last visited Feb 11, 2022).

[5]   Farhad Manjoo, *Why Instagram Is Becoming Facebook's Next Facebook*   The   New   York   Times,   April   26,   2017, https://www.nytimes.com/2017/04/26/technology/why-instagram-is-becoming-facebooks-next-facebook.html (last visited June 17, 2020).

[6] Schaeffer, K., 2022. *7 Facts About Americans and Instagram*. Pew Research Center. https://pewrsr.ch/3FqryHE (last visited Feb 11, 2022).

the law and uses the lack of enforcement as an excuse for violating laws across jurisdiction, the FTC published guidelines for social media influencers regarding proper advertising practices[7].

38.   Indeed, the rapid growth of social media platforms allowed for a lack of regulation and oversight.  Some 80% of social media users said they were concerned about advertisers and businesses accessing the data they share on social media platforms, and 64% said the government should do more to regulate advertisers[8].

39.   Unscrupulous "influencers" are acting as advertisers for hire by posting fake reviews for sponsored products or failing to disclose that they were paid to create the content displayed on their profile. These "influencers" advertise everything from alcohol to cannabinoids, from political ideas to pornographic websites, to illegal giveaways, as long as they are paid obscene amounts of money.

---

[7] Federal Trade Commission. 2019. *Disclosures 101 for Social Media Influencers*. Available at:
https://www.ftc.gov/system/files/documents/plain-language/1001a-influencer-guide-508_1.pdf (last visited Feb. 25, 2022).

[8] Raine, L., 2022. *Americans' complicated feelings about social media in an era of privacy concerns*. http://www.pewresearch.org/fact-tank/2018/03/27/americans-complicated-feelings-about-social-media-in-an-era-of-privacy-concerns/ (last visited Feb. 15, 2022).

40.    For example, Defendant Alexa Collins advertises alcohol on her Instagram account without disclosing that she is paid to do so, and without regard to the rules relating to advertising alcohol found in 27 CFR 5.233(a) and Instagram's own policies.[9]



*Screenshots from Instagram.com/alexacollins*

41.    As part of its business, Defendant Luli Fama claims that its swimwear is seen on models and celebrities. It seems like the celebrities are choosing Luli Fama when they have a choice of swimwear, adding to the image of the brand.

42.    In fact,  Luli Fama's business model is to pay a number

---

[9] "Users may not post content that attempts to buy, sell, trade, donate or gift alcohol products if it is not posted by a Page, Group, or Instagram Profile representing a real brick and mortar store, legitimate website, or brand."

of carefully selected influencers to wear Luli Fama products and present those products to their followers, without disclosing their paid relationship with Luli Fama.

43.   The named Plaintiff and thousands of similarly situated individuals purchase such products at inflated prices, exclusively because of the way the products are advertised.

**THE INFLUENCERS**

44.   Despite being compensated for wearing and promoting the Luli Fama swimwear, none of the Influencers use the "paid partnership" tag suggested by the FTC or other disclosures like "#ad," or "#sponsored." Therefore, they are not compliant with the FTC Rules found in 16 C.F.R. § 255.5 and the FTC guidelines regarding advertising on social media.[10]

45.   In fact, many of the Influencers are familiar with the FTC guidelines and properly display the required disclosures when the brands are not willing to pay them to disguise the advertising.

/

/

---

[10] Federal Trade Commission, *supra* note 7.

 

*Screenshots from https://www.instagram.com/gabbyepstein/*

46.   The Plaintiff is following Defendants on Instagram. Plaintiff's decision to purchase the Luli Fama products was determined by the Influencers he followed, specifically by the Defendants in this case.

## THE ADVERTISING

47.   Facebook, the parent company of Instagram, offers various products that advertisers can use for commercial use. For example, an advertiser may promote content using a *boosted post* or an *Instagram ad* for a price paid directly to Facebook. Both the *post* and the *ad* are created by the advertiser that wants to promote a certain message, service, or product. They are clearly marked as advertising by Instagram.

48.   The same advertisers can also promote content by directly paying influencers to create a collaboration post. Influencers

can also be paid for ads to be posted on the influencer's account, as part of the *feed* (the pictures and videos displayed for a user when accessing or refreshing an account) or as part of *stories* (short videos that only show for a limited amount of time and, usually, can only be viewed once). Such collaboration should be properly disclosed.

49.   Another way Instagram allows advertisers to use the platform is by sponsoring independent content generated by the influencers themselves. In this case the influencer should take advantage of the "paid partnership" tag offered by Instagram to show that influencer is being compensated to generate this content. A "paid partnership" tag is also a step in maintaining compliance with the Federal Trade Commission's ("FTC") rules and guidelines.

50.   Every time an influencer advertises a product, such advertisement appears in the Instagram *feed* of everybody following the influencer.

51.   The FTC has repeatedly published guidelines for influencers regarding proper advertising practices, the latest version released in 2019 and attached in *Exhibit A*.

52.   By advertising the Luli Fama products without regards to the disclosure requirements, the Influencers are in violation of

Section 5(a) of 15 U.S.C. § 45(a), which is a per se violation of FDUTPA.

53.     By instructing and allowing the Influencers to advertise its products without making the proper disclosures, Luli Fama is in violation of Section 5(a) of 15 U.S.C. § 45(a), which is a per se violation of FDUTPA.

**PLAINTIFF**

54.     Given the fact that the products were worn by his favorite influencers, Plaintiff decided to purchase Luli Fama products and placed Order 1152147. He purchased such products as a present for his spouse.

55.     In doing so, Plaintiff paid a premium for Luli Fama swimwear. Compared to other swimwear brands (i.e. Victoria's Secret), Luli Fama is approximately 100% more expensive.

56.     When Pop realized that the products purchased are of an inferior quality, he tried to return the products, but Luli Fama was unable to accept his return.

57.     Pop tried to sell the unused product on eBay, the only platform where he has an account that allows him to sell products, but he received only small offers that barely covered shipping,

showing one more time that the value of the products is much lower than the price he paid.

## CLASS ALLEGATIONS

58.   Plaintiff incorporates by reference all previous paragraphs of this Complaint as if fully re-written herein.

59.   Plaintiff asserts the counts stated herein as class action claims pursuant to Fla. R. Civ P. 1.220.

60.   Plaintiff is filing this lawsuit on behalf of all persons that purchased products from Luli Fama using their social media platform or their online store from October 6, 2018, to present ("class period").

61.   Plaintiff's claims are typical for the class and, as the named Plaintiff, he is aware of other persons in the same situation.

62.   Pop will fairly and adequately protect the interests of the class.

63.   The classes represented by Pop have thousands of members and the joinder of all members is impracticable.

64.   Since the whole class purchased *Luli Fama* products and such products are promoted by the Defendants, the questions of law and fact are common to the class.

65.    As questions of law and fact that are common to class members predominate over any questions affecting only individual members, a class action is superior to other available methods for fairly and efficiently adjudicating this controversy.

## COUNT I: VIOLATIONS OF FLORIDA'S DECEPTIVE AND UNFAIR TRADE PRACTICES ACT – Luli Fama and the Influencers

66.    Plaintiff incorporates by reference all previous paragraphs of this Complaint as if fully rewritten herein. As set forth above, the Plaintiff asserts this count on his own behalf and on behalf of all other similarly situated persons pursuant to Fla. R. Civ P. 1.220 against Defendants Luli Fama and the Influencers.

67.    Luli Fama provided Instagram users with the means and instrumentalities for the commission of deceptive acts and practices and engaged in a deceptive act or unfair practice, by engaging in deceptive conduct and statutory violations.

68.    For a fee, each of the Influencers, with the means and instrumentalities for the commission of deceptive acts and practices, engaged in a deceptive act or unfair practice, by engaging in fraud and statutory violations.

69.    By failing to disclose material connections,  Defendants Luli Fama and the Influencers violated Section 5(a) of 15 U.S.C. §

45(a) which represents a *per se* violation of "FDUTPA".

70.   Such practices as the ones employed by the Defendants are illegal, unethical, unscrupulous, and likely to mislead any consumer acting reasonably in the circumstances, to the class members' detriment.

71.   Defendants' engagement in these unfair practices caused the Plaintiff to suffer a loss.

72.   The value of the loss, calculated as the price paid for a Luli Fama product less the value of the product is over $10,000,000.00 for the entire class.

73.   Plaintiff also requests injunctive relief. Absent injunctive relief by this Court, Defendants Luli Fama and the Influencers are likely to continue to injure consumers, reap unjust enrichment, and harm the class members.

74.   In the alternative, pursuant to § 501.211(1), Fla. Stat., as Plaintiff is aggrieved by the violation of FDUTPA, he is entitled to obtain a declaratory judgment that Defendants' practice violates the law and to enjoin the Defendants as they have violated, are violating, and are likely to violate the Act in the future.

75.   Plaintiff also requests attorney fees against Luli Fama

and the Influencers pursuant to § 501.2105, Fla. Stat.

## COUNT II: UNJUST ENRICHMENT – All Defendant

76.   Plaintiff incorporates by reference all paragraphs 1-65 of this Complaint as if fully rewritten herein. As set forth above, Plaintiff asserts this count on his own behalf and on behalf of all other similarly situated Instagram users against All Defendants.

77.   By paying the high prices demanded by Luli Fama, Plaintiff and the members of the class conferred a direct benefit to each of the Defendants.

78.   Instagram users that are members of the class continue to suffer injuries as a result of the Defendants' unlawful activities. If the Defendants do not compensate the Plaintiff and class members, they would be unjustly enriched as a result of their unlawful act or practices.

79.   It is an equitable principle that no one should be allowed to profit from his own wrong, therefore it would be inequitable for the Defendants to retain said benefit and reap an unjust enrichment.

80.   Since Defendants unjustly enriched themselves at the expense of the Instagram users, Plaintiff requests the disgorgement of these ill-gotten money.

81.   Due to Defendants' conduct, Plaintiff and the putative class members are entitled to damages according to proof, but in no event less than $10,000,000.00.

**COUNT III: NEGLIGENT MISREPRESENTATION – All Defendants**

82.   Plaintiff incorporates by reference all paragraphs 1-65 of this Complaint as if fully rewritten herein. As set forth above, Plaintiff asserts this count on his own behalf and on behalf of all other similarly situated persons pursuant to Fla. R. Civ P. 1.220 against all Defendants.

83.   Defendants had a duty to be truthful in their commercial speech. In convincing Plaintiff to purchase Luli Fama products, Defendants made representations that they knew to be false, or negligently failed to examine the veracity of the affirmations.

84.   As a result of Defendants' negligent misrepresentations, Plaintiff and members of the Class suffered injury.

<b>DEMAND FOR JURY TRIAL</b>

85.   Plaintiff and those similarly situated demand a trial by jury for all issues so triable.

/

/

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff, ALIN POP, respectfully requests that judgment be entered in his favor and in favor of those similarly situated as follows:

a.   Certifying and maintaining this action as a class action, with the named Plaintiff as designated class representative and with his counsel appointed as class counsel;

b.   Declaring the Defendants in violation of each of the counts set forth above;

c.   Awarding the Plaintiff and those similarly situated compensatory, punitive, and treble damages;

d.   Awarding the Plaintiff and those similarly situated liquidated damages;

e.   Order the disgorgement of ill-gotten monies;

f.   Awarding the named Plaintiff a service award;

g.   Awarding pre-judgment, post-judgment, and statutory interest;

h.   Awarding attorneys' fees and costs as set forth herein;

i.   Awarding such other and further relief as the Court may deem just and proper.

Pursuant to Fla. R. Jud. Admin. 2.516, the undersigned attorneys designate Bogdan.Enica@practus.com and Keith.Gibson@practus.com for service in the above-styled matter. Service is to be made at the email addresses listed here and to no others. Service shall be complete upon emailing to the designated email address, provided that the provisions of Rule 2.516 are followed.

Dated: October 17, 2022

> Respectfully Submitted,
>
> PRACTUS, LLP
>
>
> s/Bogdan Enica
> Bogdan, Enica
> FL Bar No.: 101934
> 66 West Flagler St. Ste. 937
> Miami, FL 33130
> Telephone: (305) 539-9206
> Email: Bogdan.Enica@practus.com
>
>
> Keith L. Gibson (*pro hac vice*
> forthcoming)
> IL Bar No.: 6237159
> 11300 Tomahawk Crk. Pkwy. Ste. 310
> Leawood, KS 66211
> Telephone: (630) 677-6745
> Email: Keith.Gibson@practus.com
>
>
> *Counsel for Plaintiff and the Putative Class*

23

# Exhibit A



# Disclosures 101

for

## Social Media

## Influencers

# Do you work with brands to recommend or endorse products?

If so, you need to comply with the law when making these recommendations.

One key is to make a good disclosure of your relationship to the brand.

This brochure from FTC staff gives tips on when and how to make good disclosures.

The FTC works to stop deceptive ads, and its Endorsement Guides go into detail about how advertisers and endorsers can stay on the right side of the law.

If you endorse a product through social media, your endorsement message should make it obvious when you have a relationship ("material connection") with the brand. A "material connection" to the brand includes a personal, family, or employment relationship or a financial relationship – such as the brand paying you or giving you free or discounted products or services.

Telling your followers about these kinds of relationships is important because it helps keep your recommendations honest and truthful, and it allows people to weigh the value of your endorsements.

As an influencer, it's **your responsibility** to make these disclosures, to be familiar with the Endorsement Guides, and to comply with laws against deceptive ads. Don't rely on others to do it for you.



# When to Disclose

▶ Disclose when you have any **financial, employment, personal, or family relationship** with a brand.

　» Financial relationships aren't limited to money. Disclose the relationship if you got anything of value to mention a product.

　» If a brand gives you free or discounted products or other perks and then you mention one of its products, make a disclosure even if you weren't asked to mention *that* product.

　» Don't assume your followers already know about your brand relationships.

　» Make disclosures even if you think your evaluations are unbiased.

▶ Keep in mind that tags, likes, pins, and similar ways of showing you like a brand or product are endorsements.

▶ If posting from abroad, U.S. law applies if it's reasonably foreseeable that the post will affect U.S. consumers. Foreign laws might also apply.

▶ If you have no brand relationship and are just telling people about a product you bought and happen to like, you don't need to declare that you **don't** have a brand relationship.

3

# How to Disclose

Make sure people will **see and understand** the disclosure.

▶ Place it so it's **hard to miss.**

  » The disclosure should be placed with the endorsement message itself.

  » Disclosures are likely to be missed if they appear only on an ABOUT ME or profile page, at the end of posts or videos, or anywhere that requires a person to click MORE.

  » Don't mix your disclosure into a group of hashtags or links.

  » If your endorsement is in a *picture* on a platform like Snapchat and Instagram Stories, superimpose the disclosure over the picture and make sure viewers have enough time to notice and read it.

  » If making an endorsement in a *video*, the disclosure should be in the video and not just in the description uploaded with the video. Viewers are more likely to notice disclosures made in both audio and video. Some viewers may watch without sound and others may not notice superimposed words.

  » If making an endorsement in a *live stream*, the disclosure should be repeated periodically so viewers who only see part of the stream will get the disclosure.



**4**

Disclosures 101 for Social Media Influencers



► Use **simple and clear** language.

　　» Simple explanations like "Thanks to Acme brand for the free product" are often enough if placed in a way that is hard to miss.

　　» So are terms like "advertisement," "ad," and "sponsored."

　　» On a space-limited platform like Twitter, the terms "AcmePartner" or "Acme Ambassador" (where Acme is the brand name) are also options.

　　» It's fine (but not necessary) to include a hashtag with the disclosure, such as #ad or #sponsored.

　　» Don't use vague or confusing terms like "sp," "spon," or "collab," or stand-alone terms like "thanks" or "ambassador," and stay away from other abbreviations and shorthand when possible.

► The disclosure should be in the same language as the endorsement itself.

► Don't assume that a platform's disclosure tool is good enough, but consider using it in addition to your own, good disclosure.

# What Else to Know

- ▶ You can't talk about your experience with a product you haven't tried.

- ▶ If you're paid to talk about a product and thought it was terrible, you can't say it's terrific.

- ▶ You can't make up claims about a product that would require proof the advertiser doesn't have — such as scientific proof that a product can treat a health condition.







## FOR MORE INFORMATION

Have more questions? The FTC's Endorsement Guides: What People Are Asking is an FTC staff publication that answers many questions about the use of endorsements, including in social media, with many helpful examples.

## FTC.gov/influencers





FEDERAL TRADE COMMISSION
business.ftc.gov
November 2019

## IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT, IN AND FOR PINELLAS COUNTY, FLORIDA

Civil Action No.

ALIN POP,
and those similarly situated,
Plaintiffs,

v.

LULIFAMA.COM. LLC, et. al,
Defendants.

## CIVIL ACTION SUMMONS

THE STATE OF FLORIDA
To Each Sheriff of Said State

YOU ARE HEREBY COMMANDED to serve this Summons and a copy of the Complaint, in this action on Defendant:

**LOURDES HANIMIAN**
**8785 NW 13 TERRACE**
**DORAL, FL 33172**

Defendant is required to serve a written defense to the complaint or petition on Plaintiff's attorney: Bogdan Enica, Esq. 66 W. Flagler St. Ste.937, Miami, Florida 33130, within 20 days after service of this summons on Defendant, exclusive the day of service, and file the original of the defenses with the Clerk of this Court either before service on Plaintiff's attorney or immediately thereafter. If Defendant fails to do so, a default will be entered against the Defendant for the relief demanded in the complaint of petition.

Dated on: OCT 17 2022

Ken Burke
Clerk of Courts
Pinellas County, Florida

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the Human Rights Office, 400 S. Ft. Harrison Ave., Ste. 300, Clearwater, FL 33756, (727) 4644062 (V/TDD); within 2 working days of receipt of this document. The court does not provide transportation and cannot accommodate for this service. Persons with disabilities needing transportation to court should contact their local public transportation providers for information regarding disabled transportation services.

KEN BURKE CLERK CIRCUIT COURT
315 Court Street
Clearwater, Pinellas County, FL 33756-5165

IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book). If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff' s Attorney" named below.

IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar Ia demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que e] tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted n0 contesta 1a demanda a tiempo, pudiese perder el caso y podria ser despoj ado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisites legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica. Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff' s Attorney" (Demandante o Abogado del Demandante).

IMPORTANT

Des poursuites judiciares ont ete entreprises centre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte cijointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir Ies services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service dc reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).
Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme cidessous.

## IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT, IN AND FOR PINELLAS COUNTY, FLORIDA

Civil Action No.

ALIN POP,
and those similarly situated,
Plaintiffs,

v.

LULIFAMA.COM. LLC, et. al,
Defendants.

### CIVIL ACTION SUMMONS

THE STATE OF FLORIDA
To Each Sheriff of Said State

YOU ARE HEREBY COMMANDED to serve this Summons and a copy of the Complaint, in this action on Defendant:

**GABRIELLE GRACE EPSTEIN**
**555 S Barrington Ave Apt 311**
**Los Angeles, CA 90049**

Defendant is required to serve a written defense to the complaint or petition on Plaintiff's attorney: Bogdan Enica, Esq.    66 W. Flagler St. Ste.937, Miami, Florida 33130, <u>within 20 days after service of this summons</u> on Defendant, exclusive the day of service, and file the original of the defenses with the Clerk of this Court either before service on Plaintiff's attorney or immediately thereafter. If Defendant fails to do so, a default will be entered against the Defendant for the relief demanded in the complaint of petition.

Dated on: OCT 17 2022



Ken Burke
Clerk of Courts
Pinellas County, Florida

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the Human Rights Office, 400 S. Ft. Harrison Ave., Ste. 300, Clearwater, FL 33756, (727) 4644062 (V/TDD); within 2 working days of receipt of this document. The court does not provide transportation and cannot accommodate for this service. Persons with disabilities needing transportation to court should contact their local public transportation providers for information regarding disabled transportation services.

IMPORTANT

KEN BURKE CLERK CIRCUIT COU
315 Court Street
Clearwater, Pinellas County, FL 337

***ELECTRONICALLY FILED 10/17/2022 10:54:48 AM: KEN BURKE, CLERK OF THE CIRCUIT COURT, PINELLAS COUNTY***

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book). If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff' s Attorney" named below.

## IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar Ia demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que e] tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted n0 contesta 1a demanda a tiempo, pudiese perder el caso y podria ser despoj ado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisites legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica. Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff' s Attorney" (Demandante o Abogado del Demandante).

## IMPORTANT

Des poursuites judiciares ont ete entreprises centre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte cijointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir Ies services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service dc reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).
Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme cidessous.

**IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT,
IN AND FOR PINELLAS COUNTY, FLORIDA**

Civil Action No.

ALIN POP,
and those similarly situated,
Plaintiffs,

v.

LULIFAMA.COM. LLC, et. al,
Defendants.

## **CIVIL ACTION SUMMONS**

THE STATE OF FLORIDA
To Each Sheriff of Said State

YOU ARE HEREBY COMMANDED to serve this Summons and a copy of the
Complaint, in this action on Defendant:

**My LuliBabe, LLC**, by serving its registered agent:
**Gregorio Hanimian**
**8785 NW 13 Terrace**
**Doral FL 33712**

Defendant is required to serve a written defense to the complaint or petition on
Plaintiff's attorney: Bogdan Enica, Esq. 66 W. Flagler St. Ste.937, Miami, Florida
33130, within 20 days after service of this summons on Defendant, exclusive the day
of service, and file the original of the defenses with the Clerk of this Court either before
service on Plaintiff's attorney or immediately thereafter. If Defendant fails to do so, a
default will be entered against the Defendant for the relief demanded in the complaint
of petition.

Dated on: OCT 17 2022

Ken Burke
Clerk of Courts
Pinellas County, Florida

If you are a person with a disability who needs any accommodation in order to participate
in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance.
Please contact the Human Rights Office, 400 S. Ft. Harrison Ave., Ste. 300, Clearwater, FL
33756, (727) 4644062 (V/TDD); within 2 working days of receipt of this document. The court
does not provide transportation and cannot accommodate for this service. Persons with
disabilities needing transportation to court should contact their local public transportation
providers for information regarding disabled transportation services.

IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book). If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff' s Attorney" named below.

IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar Ia demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que e] tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted n0 contesta 1a demanda a tiempo, pudiese perder el caso y podria ser despoj ado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisites legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica. Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff' s Attorney" (Demandante o Abogado del Demandante).

IMPORTANT

Des poursuites judiciares ont ete entreprises centre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte cijointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir Ies services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service dc reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).
Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme cidessous.

2

# IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT, IN AND FOR PINELLAS COUNTY, FLORIDA

Civil Action No.

ALIN POP,
and those similarly situated,
Plaintiffs,

v.

LULIFAMA.COM. LLC, et. al,
Defendants.

## CIVIL ACTION SUMMONS

THE STATE OF FLORIDA
To Each Sheriff of Said State

YOU ARE HEREBY COMMANDED to serve this Summons and a copy of the Complaint, in this action on Defendant:

**TAYLOR MACKENZIE GALLO a/k/a TEQUILA TAYLOR**
**801 Brown St,**
**Key Largo, FL 33037**

Defendant is required to serve a written defense to the complaint or petition on Plaintiff's attorney: Bogdan Enica, Esq. 66 W. Flagler St. Ste.937, Miami, Florida 33130, within 20 days after service of this summons on Defendant, exclusive the day of service, and file the original of the defenses with the Clerk of this Court either before service on Plaintiff's attorney or immediately thereafter. If Defendant fails to do so, a default will be entered against the Defendant for the relief demanded in the complaint of petition.

Dated on: OCT 17 2022

Ken Burke
Clerk of Courts
Pinellas County, Florida

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the Human Rights Office, 400 S. Ft. Harrison Ave., Ste. 300, Clearwater, FL 33756, (727) 4644062 (V/TDD); within 2 working days of receipt of this document. The court does not provide transportation and cannot accommodate for this service. Persons with disabilities needing transportation to court should contact their local public transportation providers for information regarding disabled transportation services.

IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book). If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff' s Attorney" named below.

IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar Ia demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que e] tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted n0 contesta 1a demanda a tiempo, pudiese perder el caso y podria ser despoj ado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisites legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica. Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff' s Attorney" (Demandante o Abogado del Demandante).

IMPORTANT

Des poursuites judiciares ont ete entreprises centre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte cijointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir Ies services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service dc reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).
Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme cidessous.

**IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT,
IN AND FOR PINELLAS COUNTY, FLORIDA**

Civil Action No.

ALIN POP,
and those similarly situated,
Plaintiffs,

v.

LULIFAMA.COM. LLC, et. al,
Defendants.

## CIVIL ACTION SUMMONS

THE STATE OF FLORIDA
To Each Sheriff of Said State

YOU ARE HEREBY COMMANDED to serve this Summons and a copy of the
Complaint, in this action on Defendant:

> **PRISCILLA RICART**
> **1115 Ne 17Th Ter**
> **Fort Lauderdale, FL 33304**

Defendant is required to serve a written defense to the complaint or petition on
Plaintiff's attorney: Bogdan Enica, Esq. 66 W. Flagler St. Ste.937, Miami, Florida
33130, within 20 days after service of this summons on Defendant, exclusive the day
of service, and file the original of the defenses with the Clerk of this Court either before
service on Plaintiff's attorney or immediately thereafter. If Defendant fails to do so, a
default will be entered against the Defendant for the relief demanded in the complaint
of petition.

Dated on: OCT 17 2022

Ken Burke
Clerk of Courts
Pinellas County, Florida

If you are a person with a disability who needs any accommodation in order to participate
in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance.
Please contact the Human Rights Office, 400 S. Ft. Harrison Ave., Ste. 300, Clearwater, FL
33756, (727) 4644062 (V/TDD); within 2 working days of receipt of this document. The court
does not provide transportation and cannot accommodate for this service. Persons with
disabilities needing transportation to court should contact their local public transportation
providers for information regarding disabled transportation services.

***ELECTRONICALLY FILED 10/17/2022 10:54:48 AM: KEN BURKE, CLERK OF THE CIRCUIT COURT, PINELLAS COUNTY***

IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book). If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff' s Attorney" named below.

IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar Ia demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que e] tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted n0 contesta 1a demanda a tiempo, pudiese perder el caso y podria ser despoj ado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisites legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica. Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff' s Attorney" (Demandante o Abogado del Demandante).

IMPORTANT

Des poursuites judiciares ont ete entreprises centre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte cijointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir Ies services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service dc reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).
Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme cidessous.

2

## IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT,
## IN AND FOR PINELLAS COUNTY, FLORIDA

Civil Action No.

ALIN POP,
and those similarly situated,
Plaintiffs,

v.

LULIFAMA.COM. LLC, et. al,
Defendants.

### CIVIL ACTION SUMMONS

THE STATE OF FLORIDA
To Each Sheriff of Said State

YOU ARE HEREBY COMMANDED to serve this Summons and a copy of the Complaint, in this action on Defendant:

**Allison Martinez**
**135 Jones Creek Dr**
**Jupiter, FL 33458**

Defendant is required to serve a written defense to the complaint or petition on Plaintiff's attorney: Bogdan Enica, Esq. 66 W. Flagler St. Ste.937, Miami, Florida 33130, within 20 days after service of this summons on Defendant, exclusive the day of service, and file the original of the defenses with the Clerk of this Court either before service on Plaintiff's attorney or immediately thereafter. If Defendant fails to do so, a default will be entered against the Defendant for the relief demanded in the complaint of petition.

Dated on: OCT 17 2022

Ken Burke
Clerk of Courts
Pinellas County, Florida

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the Human Rights Office, 400 S. Ft. Harrison Ave., Ste. 300, Clearwater, FL 33756, (727) 4644062 (V/TDD); within 2 working days of receipt of this document. The court does not provide transportation and cannot accommodate for this service. Persons with disabilities needing transportation to court should contact their local public transportation providers for information regarding disabled transportation services.

IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book). If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff' s Attorney" named below.

IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar Ia demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que e] tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted n0 contesta 1a demanda a tiempo, pudiese perder el caso y podria ser despoj ado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisites legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica. Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff' s Attorney" (Demandante o Abogado del Demandante).

IMPORTANT

Des poursuites judiciares ont ete entreprises centre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte cijointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir Ies services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service dc reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).
Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme cidessous.

## IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT, IN AND FOR PINELLAS COUNTY, FLORIDA

Civil Action No.

ALIN POP,
and those similarly situated,
Plaintiffs,

v.

LULIFAMA.COM. LLC, et. al,
Defendants.

## CIVIL ACTION SUMMONS

THE STATE OF FLORIDA
To Each Sheriff of Said State

YOU ARE HEREBY COMMANDED to serve this Summons and a copy of the Complaint, in this action on Defendant:

**LULIFAMA.COM, LLC**, by serving its registered agent:
**Gregorio Hanimian**
**8785 NW 13 Terrace**
**Doral FL 33712**

Defendant is required to serve a written defense to the complaint or petition on Plaintiff's attorney: Bogdan Enica, Esq. 66 W. Flagler St. Ste.937, Miami, Florida 33130, within 20 days after service of this summons on Defendant, exclusive the day of service, and file the original of the defenses with the Clerk of this Court either before service on Plaintiff's attorney or immediately thereafter. If Defendant fails to do so, a default will be entered against the Defendant for the relief demanded in the complaint of petition.

Dated on:   OCT 17 2022

Ken Burke
Clerk of Courts
Pinellas County, Florida

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the Human Rights Office, 400 S. Ft. Harrison Ave., Ste. 300, Clearwater, FL 33756, (727) 4644062 (V/TDD); within 2 working days of receipt of this document. The court does not provide transportation and cannot accommodate for this service. Persons with disabilities needing transportation to court should contact their local public transportation providers for information regarding disabled transportation services.

IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book). If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff' s Attorney" named below.

IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar Ia demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que e] tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted n0 contesta 1a demanda a tiempo, pudiese perder el caso y podria ser despoj ado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisites legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica. Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff' s Attorney" (Demandante o Abogado del Demandante).

IMPORTANT

Des poursuites judiciares ont ete entreprises centre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte cijointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir Ies services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service dc reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).
Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme cidessous.

Case Number:22-004923-CI

Filing # 159348674 E-Filed 10/17/2022 10:54:51 AM    Case 8:22-cv-02698   Document 1   Filed 11/23/22   Page 103 of 151 PageID 103

**IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT,
IN AND FOR PINELLAS COUNTY, FLORIDA**

Civil Action No.

ALIN POP,
and those similarly situated,
Plaintiffs,

v.

LULIFAMA.COM. LLC, et. al,
Defendants.

## CIVIL ACTION SUMMONS

THE STATE OF FLORIDA
To Each Sheriff of Said State

YOU ARE HEREBY COMMANDED to serve this Summons and a copy of the
Complaint, in this action on Defendant:

> **LEIDY AMELIA LABRADOR**
> **888 Biscayne Blvd. Apt.4503**
> **Miami FL 33132**

Defendant is required to serve a written defense to the complaint or petition on
Plaintiff's attorney: Bogdan Enica, Esq. 66 W. Flagler St. Ste.937, Miami, Florida
33130, underline within 20 days after service of this summons on Defendant, exclusive the day
of service, and file the original of the defenses with the Clerk of this Court either before
service on Plaintiff's attorney or immediately thereafter. If Defendant fails to do so, a
default will be entered against the Defendant for the relief demanded in the complaint
of petition.

Dated on:

OCT 17 2022

Ken Burke
Clerk of Courts
Pinellas County, Florida

If you are a person with a disability who needs any accommodation in order to participate
in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance.
Please contact the Human Rights Office, 400 S. Ft. Harrison Ave., Ste. 300, Clearwater, FL
33756, (727) 4644062 (V/TDD); within 2 working days of receipt of this document. The court
does not provide transportation and cannot accommodate for this service. Persons with
disabilities needing transportation to court should contact their local public transportation
providers for information regarding disabled transportation services.

KEN BURKE CLERK CIRCUIT COUR
315 Court Street
Clearwater, Pinellas County, FL 3375

IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book). If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff' s Attorney" named below.

IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar Ia demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que e] tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted n0 contesta 1a demanda a tiempo, pudiese perder el caso y podria ser despoj ado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisites legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica. Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff' s Attorney" (Demandante o Abogado del Demandante).

IMPORTANT

Des poursuites judiciares ont ete entreprises centre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte cijointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir Ies services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service dc reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).
Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme cidessous.

2

**IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT,**
**IN AND FOR PINELLAS COUNTY, FLORIDA**

Civil Action No.

ALIN POP,
and those similarly situated,
Plaintiffs,

v.

LULIFAMA.COM. LLC, et. al,
Defendants.

## CIVIL ACTION SUMMONS

THE STATE OF FLORIDA
To Each Sheriff of Said State

YOU ARE HEREBY COMMANDED to serve this Summons and a copy of the Complaint, in this action on Defendant:

> **HALEY PALVE A/K/A HALEY FERGUSON**
> **10155 Hollis Mountain Ave**
> **Las Vegas, NV 89148-4293**

Defendant is required to serve a written defense to the complaint or petition on Plaintiff's attorney: Bogdan Enica, Esq. 66 W. Flagler St. Ste.937, Miami, Florida 33130, within 20 days after service of this summons on Defendant, exclusive the day of service, and file the original of the defenses with the Clerk of this Court either before service on Plaintiff's attorney or immediately thereafter. If Defendant fails to do so, a default will be entered against the Defendant for the relief demanded in the complaint of petition.

Dated on: OCT 17 2022

Ken Burke
Clerk of Courts
Pinellas County, Florida

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the Human Rights Office, 400 S. Ft. Harrison Ave., Ste. 300, Clearwater, FL 33756, (727) 4644062 (V/TDD); within 2 working days of receipt of this document. The court does not provide transportation and cannot accommodate for this service. Persons with disabilities needing transportation to court should contact their local public transportation providers for information regarding disabled transportation services.

IMPORTANT

KEN BURKE CLERK CIRCUIT COURT
315 Court Street
Clearwater, Pinellas County, FL 33756-5165

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book). If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff' s Attorney" named below.

## IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar Ia demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que e] tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted n0 contesta 1a demanda a tiempo, pudiese perder el caso y podria ser despoj ado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisites legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica. Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff' s Attorney" (Demandante o Abogado del Demandante).

## IMPORTANT

Des poursuites judiciares ont ete entreprises centre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte cijointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir Ies services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service dc reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).
Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme cidessous.

**IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT,
IN AND FOR PINELLAS COUNTY, FLORIDA**

Civil Action No.

ALIN POP,
and those similarly situated,
Plaintiffs,

v.

LULIFAMA.COM. LLC, et. al,
Defendants.

## CIVIL ACTION SUMMONS

THE STATE OF FLORIDA
To Each Sheriff of Said State

YOU ARE HEREBY COMMANDED to serve this Summons and a copy of the Complaint, in this action on Defendant:

**CINDY PRADO
488 NE 18 ST
Unit. 4412
MIAMI, FL 33132**

Defendant is required to serve a written defense to the complaint or petition on Plaintiff's attorney: Bogdan Enica, Esq. 66 W. Flagler St. Ste.937, Miami, Florida 33130, within 20 days after service of this summons on Defendant, exclusive the day of service, and file the original of the defenses with the Clerk of this Court either before service on Plaintiff's attorney or immediately thereafter. If Defendant fails to do so, a default will be entered against the Defendant for the relief demanded in the complaint of petition.

Dated on: OCT 17 2022

Ken Burke
Clerk of Courts
Pinellas County, Florida

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the Human Rights Office, 400 S. Ft. Harrison Ave., Ste. 300, Clearwater, FL 33756, (727) 4644062 (V/TDD); within 2 working days of receipt of this document. The court does not provide transportation and cannot accommodate for this service. Persons with disabilities needing transportation to court should contact their local public transportation providers for information regarding disabled transportation services.

IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book). If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff' s Attorney" named below.

IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar Ia demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que e] tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted n0 contesta 1a demanda a tiempo, pudiese perder el caso y podria ser despoj ado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisites legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica. Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff' s Attorney" (Demandante o Abogado del Demandante).

IMPORTANT

Des poursuites judiciares ont ete entreprises centre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte cijointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir Ies services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service dc reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).
Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme cidessous.

Court Stamp Here

# RETURN OF SERVICE

| Court | IN THE CIRCUIT COURT OF THE 6TH JUDICIAL CIRCUIT IN AND FOR PINELLAS COUNTY, FLORIDA | |
|---|---|---|
| Plaintiff | ALIN POP, INDIVIDUALLY AND ON BEHALF OF ALL THOSE SIMILARLY SITUATED | Case # 22-004923-CI |
| Defendant | LULIFAMA.COM. LLC; ET AL | Hearing Date |
| Person to be Served | PRISCILLA RICART | Came to Hand Date/Time 10/25/2022   10:33 AM |
| Manner of Service | Personal | Service Date/Time 10/25/2022   1:21 PM |
| Documents | SUMMONS;COMPLAINT | Service Fee $75.00 |

On **10/25/2022** at:
**1115 Northeast 17th Terrace, Fort Lauderdale, FL 33304** I served **PRISCILLA RICART** by:

Personally delivering **1** copy(ies) of **SUMMONS and COMPLAINT** to **PRISCILLA RICART**, with the date and hour of service endorsed thereon by me.

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS:
I delivered the documents to PRISCILLA RICART with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a brown-haired Hispanic female contact 25-35 years of age, 5'6"-5'8" tall and weighing 140-160 lbs with an accent

Notary not required pursuant to F.S. 92.525(2).

I am over 18 years of age, not a party to nor interested in this case and I have the proper authority in the jurisdiction where I effected service, pursuant to Florida Statute Chapter 48. Per U.S. Code § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| Danielle Morales-Herron | 1593 | 10/25/22 |
|---|---|---|
| Danielle Morales-Herron | Process Server ID | Date Executed |

Ref **REF-11184559**





Practus LLP

Tracking # **0095534023**

***ELECTRONICALLY FILED 10/25/2022 09:13:43 PM: KEN BURKE, CLERK OF THE CIRCUIT COURT, PINELLAS COUNTY***

Delivered on 10/26/2022 2:00:21 PM By Danielle Morales-Herron Reg. # 1593 Ex. 09/30/2023

# IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT,
## IN AND FOR PINELLAS COUNTY, FLORIDA

Civil Action No.

ALIN POP,
and those similarly situated,
Plaintiffs,

v.

LULIFAMA.COM. LLC, et. al,
Defendants.

## **CIVIL ACTION SUMMONS**

THE STATE OF FLORIDA
To Each Sheriff of Said State

YOU ARE HEREBY COMMANDED to serve this Summons and a copy of the
Complaint, in this action on Defendant:

> **PRISCILLA RICART**
> **1115 Ne 17Th Ter**
> **Fort Lauderdale, FL 33304**

Defendant is required to serve a written defense to the complaint or petition on
Plaintiff's attorney: Bogdan Enica, Esq. 66 W. Flagler St. Ste.937, Miami, Florida
33130, within 20 days after service of this summons on Defendant, exclusive the day
of service, and file the original of the defenses with the Clerk of this Court either before
service on Plaintiff's attorney or immediately thereafter. If Defendant fails to do so, a
default will be entered against the Defendant for the relief demanded in the complaint
of petition.

Dated on: OCT 17 2022

Ken Burke
Clerk of Courts
Pinellas County, Florida

If you are a person with a disability who needs any accommodation in order to participate
in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance.
Please contact the Human Rights Office, 400 S. Ft. Harrison Ave., Ste. 300, Clearwater, FL
33756, (727) 4644062 (V/TDD); within 2 working days of receipt of this document. The court
does not provide transportation and cannot accommodate for this service. Persons with
disabilities needing transportation to court should contact their local public transportation
providers for information regarding disabled transportation services.

IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book). If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff' s Attorney" named below.

IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar Ia demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que e] tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted n0 contesta 1a demanda a tiempo, pudiese perder el caso y podria ser despoj ado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisites legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica. Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff' s Attorney" (Demandante o Abogado del Demandante).

IMPORTANT

Des poursuites judiciares ont ete entreprises centre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte cijointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir Ies services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service dc reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).
Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme cidessous.

IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
IN AND FOR PINELLAS COUNTY, FLORIDA

**ALIN POP, individually and on behalf of all those similarly situated**

   *Plaintiff(s) / Petitioner(s)*

v.

**LULIFAMA.COM. LLC, MY LULIBABE, LLC, LOURDES
HANIMIAN a/k/a LULI HANIMIAN, TAYLOR MACKENZIE
GALLO a/k/a TEQUILA TAYLOR, ALEXA COLLINS, ALLISON
MARTINEZ a/k/a ALLI MARTINEZ, CINDY PRADO,
GABRIELLE EPSTEIN, HALEY PALVE a/k/a HALEY
FERGUSON, LEIDY AMELIA LABRADOR, PRISCILLA
RICART**

   *Defendant(s) / Respondent(s)*

Case No.: 22-004923-CI

## AFFIDAVIT OF SERVICE

I, Aileen Garay, being duly sworn, state:

I am 18 years or older and not a party to this action.

I am a certified or appointed process server in the county in which this defendant or witness was served.

I received the following documents on October 23, 2022 at 3:09 am. I served these documents with my initials, identification number, and the date and hour of service endorsed thereon on My LuliBabe, LLC in Miami-Dade County, FL on October 27, 2022 at 11:35 am at 8785 NW 13 Terrace, Doral, FL 33712 by leaving the following documents with Manuela (refused last name) who as Accounting Employee is authorized by appointment or by law to receive service of process for My LuliBabe, LLC.

Class Action Complaint and Demand for Jury Trial with Exhibit A
Civil Action Summons

Additional Description:
LIMITED LIABILITY COMPANY SERVICE: I served and explained the contents to a member-member/manager-member or designated employee of the defendant LLC whose registered agent cannot be served with reasonable diligence, in the absence of a member/manager of the LLC. Served pursuant to F.S. 48.062(2)(a-c)

I spoke with Manuela who told me that managers and registered agents usually come in the afternoons.

Hispanic or Latino Female, est. age 25, glasses: N, Black hair, 100 lbs to 120 lbs, 5' to 5' 3".
Geolocation of Serve: http://maps.google.com/maps?q=25.7849578857,-80.3383007189
Photograph: See Exhibit 1

I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE READ THE FOREGOING AFFIDAVIT OF

SERVICE, AND THE FACTS HEREIN ARE TRUE AND CORRECT. Notary not required pursuant to Florida Statute 92.525.

_/s/ Aileen Garay_

Signature

Executed in __Broward County__ ,

__FL__  on  __10/31/2022__ .

Aileen Garay

10026

(305) 876-5494

2436 Centergate Dr, Miramar, FL 33025

# Exhibit 1



Exhibit 1a)

Exhibit 1b)



**IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT,
IN AND FOR PINELLAS COUNTY, FLORIDA**

Civil Action No.

ALIN POP,
and those similarly situated,
Plaintiffs,

v.

LULIFAMA.COM. LLC, et. al,
Defendants.

**CIVIL ACTION SUMMONS**

THE STATE OF FLORIDA
To Each Sheriff of Said State

YOU ARE HEREBY COMMANDED to serve this Summons and a copy of the
Complaint, in this action on Defendant:

> **My LuliBabe, LLC**, by serving its registered agent:
> **Gregorio Hanimian**
> **8785 NW 13 Terrace**
> **Doral FL 33712**

Defendant is required to serve a written defense to the complaint or petition on
Plaintiff's attorney: Bogdan Enica, Esq. 66 W. Flagler St. Ste.937, Miami, Florida
33130, within 20 days after service of this summons on Defendant, exclusive the day
of service, and file the original of the defenses with the Clerk of this Court either before
service on Plaintiff's attorney or immediately thereafter. If Defendant fails to do so, a
default will be entered against the Defendant for the relief demanded in the complaint
of petition.

Dated on:

Ken Burke
Clerk of Courts
Pinellas County, Florida

If you are a person with a disability who needs any accommodation in order to participate
in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance.
Please contact the Human Rights Office, 400 S. Ft. Harrison Ave., Ste. 300, Clearwater, FL
33756, (727) 4644062 (V/TDD); within 2 working days of receipt of this document. The court
does not provide transportation and cannot accommodate for this service. Persons with
disabilities needing transportation to court should contact their local public transportation
providers for information regarding disabled transportation services.

IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book). If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff' s Attorney" named below.

IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar Ia demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que e] tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted n0 contesta 1a demanda a tiempo, pudiese perder el caso y podria ser despoj ado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisites legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica. Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff' s Attorney" (Demandante o Abogado del Demandante).

IMPORTANT

Des poursuites judiciares ont ete entreprises centre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte cijointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir Ies services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service dc reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).
Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme cidessous.

IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
IN AND FOR PINELLAS COUNTY, FLORIDA

**ALIN POP, individually and on behalf of all those similarly situated**

    *Plaintiff(s) / Petitioner(s)*

v.

**LULIFAMA.COM. LLC, MY LULIBABE, LLC, LOURDES
HANIMIAN a/k/a LULI HANIMIAN, TAYLOR MACKENZIE
GALLO a/k/a TEQUILA TAYLOR, ALEXA COLLINS, ALLISON
MARTINEZ a/k/a ALLI MARTINEZ, CINDY PRADO,
GABRIELLE EPSTEIN, HALEY PALVE a/k/a HALEY
FERGUSON, LEIDY AMELIA LABRADOR, PRISCILLA
RICART**

    *Defendant(s) / Respondent(s)*

Case No.: 22-004923-CI

## AFFIDAVIT OF SERVICE

I, Aileen Garay, being duly sworn, state:

I am 18 years or older and not a party to this action.

I am a certified or appointed process server in the county in which this defendant or witness was served.

I received the following documents on October 23, 2022 at 3:09 am. I served these documents with my initials, identification number, and the date and hour of service endorsed thereon on LULIFAMA.COM, LLC in Miami-Dade County, FL on October 27, 2022 at 11:37 am at 8785 NW 13 Terrace, Doral, FL 33712 by leaving the following documents with Manuela (refused last name) who as Accounting Employee is authorized by appointment or by law to receive service of process for LULIFAMA.COM, LLC.

Class Action Complaint and Demand for Jury Trial with Exhibit A
Civil Action Summons

Additional Description:
LIMITED LIABILITY COMPANY SERVICE: I served and explained the contents to a member-member/manager-member or designated employee of the defendant LLC whose registered agent cannot be served with reasonable diligence, in the absence of a member/manager of the LLC. Served pursuant to F.S. 48.062(2)(a-c)

I spoke with Manuela who told me that managers and registered agents usually come in the afternoons.

Hispanic or Latino Female, est. age 25, glasses: N, Black hair, 100 lbs to 120 lbs, 5' to 5' 3".
Geolocation of Serve: http://maps.google.com/maps?q=25.7851257324,-80.3372699144
Photograph: See Exhibit 1

I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE READ THE FOREGOING AFFIDAVIT OF

SERVICE, AND THE FACTS HEREIN ARE TRUE AND CORRECT. Notary not required pursuant to Florida Statute 92.525.

/s/ *Aileen Garay*
_____

Signature

Executed in ___Broward County___,

___FL___  on  ___10/31/2022___.

Aileen Garay

10026

(305) 876-5494

2436 Centergate Dr, Miramar, FL 33025

# Exhibit 1



Exhibit 1a)

Exhibit 1b)



## IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT,
## IN AND FOR PINELLAS COUNTY, FLORIDA

Civil Action No.

ALIN POP,
and those similarly situated,
Plaintiffs,

v.

LULIFAMA.COM. LLC, et. al,
Defendants.

## CIVIL ACTION SUMMONS

THE STATE OF FLORIDA
To Each Sheriff of Said State

YOU ARE HEREBY COMMANDED to serve this Summons and a copy of the
Complaint, in this action on Defendant:

> **LULIFAMA.COM, LLC**, by serving its registered agent:
> **Gregorio Hanimian**
> **8785 NW 13 Terrace**
> **Doral FL 33712**

Defendant is required to serve a written defense to the complaint or petition on
Plaintiff's attorney: Bogdan Enica, Esq. 66 W. Flagler St. Ste.937, Miami, Florida
33130, <u>within 20 days after service of this summons</u> on Defendant, exclusive the day
of service, and file the original of the defenses with the Clerk of this Court either before
service on Plaintiff's attorney or immediately thereafter. If Defendant fails to do so, a
default will be entered against the Defendant for the relief demanded in the complaint
of petition.

Dated on:  OCT 17 2022

Ken Burke
Clerk of Courts
Pinellas County, Florida

If you are a person with a disability who needs any accommodation in order to participate
in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance.
Please contact the Human Rights Office, 400 S. Ft. Harrison Ave., Ste. 300, Clearwater, FL
33756, (727) 4644062 (V/TDD); within 2 working days of receipt of this document. The court
does not provide transportation and cannot accommodate for this service. Persons with
disabilities needing transportation to court should contact their local public transportation
providers for information regarding disabled transportation services.

IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book). If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff' s Attorney" named below.

IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar Ia demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que e] tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted n0 contesta 1a demanda a tiempo, pudiese perder el caso y podria ser despoj ado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisites legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica. Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff' s Attorney" (Demandante o Abogado del Demandante).

IMPORTANT

Des poursuites judiciares ont ete entreprises centre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte cijointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir Ies services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service dc reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).
Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme cidessous.

# IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
# IN AND FOR PINELLAS COUNTY, FLORIDA

**ALIN POP, individually and on behalf of all those similarly situated**

*Plaintiff(s) / Petitioner(s)*

v.

**LULIFAMA.COM. LLC, MY LULIBABE, LLC, LOURDES
HANIMIAN a/k/a LULI HANIMIAN, TAYLOR MACKENZIE
GALLO a/k/a TEQUILA TAYLOR, ALEXA COLLINS, ALLISON
MARTINEZ a/k/a ALLI MARTINEZ, CINDY PRADO,
GABRIELLE EPSTEIN, HALEY PALVE a/k/a HALEY
FERGUSON, LEIDY AMELIA LABRADOR, PRISCILLA
RICART**

Case No.: 22-004923-CI

*Defendant(s) / Respondent(s)*

## AFFIDAVIT OF SERVICE

I, Charles Geurin, being duly sworn, state:

I am 18 years or older and not a party to this action.

I am a certified or appointed process server in the county in which this defendant or witness was served.

I received the following documents on October 24, 2022 at 6:14 am. I served these documents with my initials, identification number, and the date and hour of service endorsed thereon on GABRIELLE GRACE EPSTEIN in Los Angeles County, CA on October 25, 2022 at 11:51 am at 555 S Barrington Ave, 311, Los Angeles, CA 90049 by personal service by handing the following documents to an individual identified as GABRIELLE GRACE EPSTEIN.

Complaint
Summons

Additional Description:
INDIVIDUAL SERVICE: I served the documents to the within named individual pursuant to F.S. 48.031(1)(a)

Gabrielle Grace Epstein accepted the documents without incident.

Based on the Conversation with the person accepting service, the defendant/respondent is not in the Military Service of the United States of America.

White Female, est. age 28, glasses: N, Blonde hair, 120 lbs to 140 lbs, 5' 9" to 6'.
Geolocation of Serve: http://maps.google.com/maps?q=34.0581152,-118.4686637
Photograph: See Exhibit 1

Signature
Charles Geurin
Reg#2021102248
(323) 847-7533
11341 National Blvd, 1078, Los Angeles, CA 90064

Subscribed and sworn to before me this _____ day of _____,

_____, by _____.

Witness my hand and official seal.

My commission expires: _____

_____
Notary Public

**SEE ATTACHED**   DATE _Nov. 1, 2022_
**NOTARIZED CERTIFICATE**   INITIAL _AC_

# Jurat

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this ___1___ day of _Nov._ ,
20 _22_ by _____ Charus Gevrin _____

_____ proved to me
on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Signature of Notary Public

A. ESCOBAR
Notary Public - California
Los Angeles County
Commission # 2276787
My Comm. Expires Mar 4, 2023

(Notary Seal)

Description of the Attached Document

_Affidavis of Service_
(Title or Description of Attached Document)

Number of Pages ___2___          Document Date _Nov. 1 2022_

Other Signer(s) _none_

# Exhibit 1



Exhibit 1a)

**IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT,
IN AND FOR PINELLAS COUNTY, FLORIDA**

Civil Action No.

ALIN POP,
and those similarly situated,
Plaintiffs,

v.

LULIFAMA.COM. LLC, et. al,
Defendants.

### CIVIL ACTION SUMMONS

THE STATE OF FLORIDA
To Each Sheriff of Said State

YOU ARE HEREBY COMMANDED to serve this Summons and a copy of the
Complaint, in this action on Defendant:

> **GABRIELLE GRACE EPSTEIN**
> **555 S Barrington Ave Apt 311**
> **Los Angeles, CA 90049**

Defendant is required to serve a written defense to the complaint or petition on Plaintiff's
attorney: Bogdan Enica, Esq.    66 W. Flagler St. Ste.937, Miami, Florida 33130,
<u>within 20 days after service of this summons</u> on Defendant, exclusive the day of service,
and file the original of the defenses with the Clerk of this Court either before service on
Plaintiff's attorney or immediately thereafter. If Defendant fails to do so, a default will
be entered against the Defendant for the relief demanded in the complaint of petition.

Dated on:  OCT 17 2022



Ken Burke
Clerk of Courts
Pinellas County, Florida

If you are a person with a disability who needs any accommodation in order to participate
in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance.
Please contact the Human Rights Office, 400 S. Ft. Harrison Ave., Ste. 300, Clearwater, FL
33756, (727) 4644062 (V/TDD); within 2 working days of receipt of this document. The court
does not provide transportation and cannot accommodate for this service. Persons with
disabilities needing transportation to court should contact their local public transportation
providers for information regarding disabled transportation services.

IMPORTANT

KEN BURKE CLERK CIRCUIT COU
315 Court Street
Clearwater, Pinellas County, FL 337

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book). If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

## IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar Ia demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que eJ tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted n0 contesta 1a demanda a tiempo, pudiese perder el caso y podria ser despoj ado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisites legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica. Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff' s Attorney" (Demandante o Abogado del Demandante).

## IMPORTANT

Des poursuites judiciares ont ete entreprises centre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte cijointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir Ies services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service dc reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme cidessous.

Court Stamp Here

# RETURN OF SERVICE

| | | |
|---|---|---|
| **Court** | IN THE CIRCUIT COURT OF THE 6TH JUDICIAL CIRCUIT<br>IN AND FOR PINELLAS COUNTY, FLORIDA | |
| **Plaintiff**<br><br>ALIN POP | **Case #**<br><br>22-004923-CI | |
| **Defendant**<br><br>LULIFAMA.COM, LLC.; ET AL | **Hearing Date** | |
| **Person to be Served**<br><br>TAYLOR MACKENZIE GALLO a/k/a TEQUILA TAYLOR | **Came to Hand Date/Time**<br>**11/05/2022**   **10:51 AM** | |
| **Manner of Service**<br><br>Substitute | **Service Date/Time**<br>**11/07/2022**   **10:05 AM** | |
| **Documents**<br><br>SUMMONS;CLASS ACTION COMPLAINT AND DEMAND FOR JURY TRIAL | **Service Fee**<br><br>$75.00 | |

On **11/07/2022** at:
**109 W PIPPEN DR, ISLAMORADA, FL 33036** I served **TAYLOR MACKENZIE GALLO a/k/a TEQUILA TAYLOR** by:

Personally leaving **1** copy(ies) of **SUMMONS and CLASS ACTION COMPLAINT AND DEMAND FOR JURY TRIAL** at his/her usual place of abode with **Jane Doe**, who is 15 years of age or older, a person residing therein of who confirmed the Defendant resides at the above address and informed that person of the contents thereof, with the date and hour of service endorsed thereon by me.

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS:
I delivered the documents to an individual who refused to give their name who indicated they were the co-resident. The individual tried to refuse service by not opening door and did not state reason for refusal (documents left, seen by subject). The individual appeared to be a brown-haired white female contact 55-65 years of age, 5'4"-5'6" tall and weighing 140-160 lbs.  Resident spoke through door kept shaking her head like she didn't know what I was talking about I pointed to Taylor's car asked if Taylor was there she just kept shaking her head like she did not know earlier attempt was made at Taylor's parents house which I'm sure they called and notified her of service coming left documents on chair at door in front of window visible by resident

Notary not required pursuant to F.S. 92.525(2).

I am over 18 years of age, not a party to nor interested in this case and I have the proper authority in the jurisdiction where I effected service, pursuant to Florida Statute Chapter 48. Per U.S. Code § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| | | |
|---|---|---|
| _Brian Stewart_    168 | 168 | 10/7/22 |
| Brian Stewart | Process Server ID | Date Executed |

Ref **REF-11204211**



 **Practus LLP**

Tracking # **0096148175**

Filing # 159348674 E-Filed 10/17/2022 10:54:51 AM

Case 8:22-cv-02698 Document 1 Filed 11/23/22 Page 131 of 151 PageID 131
Delivered on 11/07/2022 at 10:05 AM By Brian Stewart Reg. # 168 Ex. 12/31/2022

**IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT,
IN AND FOR PINELLAS COUNTY, FLORIDA**

Civil Action No.

ALIN POP,
and those similarly situated,
Plaintiffs,

v.

LULIFAMA.COM. LLC, et. al,
Defendants.

**CIVIL ACTION SUMMONS**

THE STATE OF FLORIDA
To Each Sheriff of Said State

YOU ARE HEREBY COMMANDED to serve this Summons and a copy of the
Complaint, in this action on Defendant:

**TAYLOR MACKENZIE GALLO a/k/a TEQUILA TAYLOR
801 Brown St,
Key Largo, FL 33037**

Defendant is required to serve a written defense to the complaint or petition on
Plaintiff's attorney: Bogdan Enica, Esq. 66 W. Flagler St. Ste.937, Miami, Florida
33130, within 20 days after service of this summons on Defendant, exclusive the day
of service, and file the original of the defenses with the Clerk of this Court either before
service on Plaintiff's attorney or immediately thereafter. If Defendant fails to do so, a
default will be entered against the Defendant for the relief demanded in the complaint
of petition.

Dated on: OCT 17 2022

Ken Burke
Clerk of Courts
Pinellas County, Florida

If you are a person with a disability who needs any accommodation in order to participate
in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance.
Please contact the Human Rights Office, 400 S. Ft. Harrison Ave., Ste. 300, Clearwater, FL
33756, (727) 4644062 (V/TDD); within 2 working days of receipt of this document. The court
does not provide transportation and cannot accommodate for this service. Persons with
disabilities needing transportation to court should contact their local public transportation
providers for information regarding disabled transportation services.

KEN BURKE CLERK CIRCUIT COURT
315 Court Street
Clearwater, Pinellas County, FL 33756-5165

***ELECTRONICALLY FILED 10/17/2022 10:54:48 AM: KEN BURKE, CLERK OF THE CIRCUIT COURT, PINELLAS COUNTY***

IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book). If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff' s Attorney" named below.

IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar Ia demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que e] tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted n0 contesta 1a demanda a tiempo, pudiese perder el caso y podria ser despoj ado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisites legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica. Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff' s Attorney" (Demandante o Abogado del Demandante).

IMPORTANT

Des poursuites judiciares ont ete entreprises centre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte cijointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir Ies services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service dc reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).
Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme cidessous.

2

Court Stamp Here

# NON-SERVICE RETURN

| | | |
|---|---|---|
| **Court** | IN THE CIRCUIT COURT OF THE 6TH JUDICIAL CIRCUIT<br>IN AND FOR PINELLAS COUNTY, FLORIDA | |
| **Plaintiff**<br><br>ALIN POP | | **Case #**<br><br>**22-004923-CI** |
| **Defendant**<br><br>LULIFAMA.COM, LLC.; ET AL | | **Hearing Date** |
| **Person to be Served**    TAYLOR MACKENZIE GALLO a/k/a TEQUILA TAYLOR | | **Came to Hand Date/Time**<br>**10/25/2022       7:29 PM** |
| **Reason Unable to Serve**<br><br>**Moved** | | **Non-Service Date/Time**<br>**11/03/2022       3:00 PM** |
| **Documents**<br><br>SUMMONS;CLASS ACTION COMPLAINT AND DEMAND FOR JURY TRIAL | | **Service Fee**<br><br>**$75.00** |

After due search, careful inquiry and diligent attempts at: **801 Brown Street, Key Largo, Monroe County, FL 33037**. I have been unable to effect service of process upon **TAYLOR MACKENZIE GALLO a/k/a TEQUILA TAYLOR** for the following reasons:

**10/27/2022 4:15 PM: There was no answer at the address.  One car in driveway Florida tagB 3KIA**
**11/1/2022 1:10 PM: There was no answer at the address.  No vehicle on property**
**11/3/2022 3:00 PM: I spoke with an individual who indicated they were the resident and they stated subject moved.  Address is Taylor's parents state she lives in Islamorada Florida**

Notary not required pursuant to F.S. 92.525(2).

I am over 18 years of age, not a party to nor interested in this case and I have the proper authority in the jurisdiction where I effected service, pursuant to Florida Statute Chapter 48. Per U.S. Code § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| | | |
|---|---|---|
| _____<br>Brian Stewart | **168**<br>Process Server ID | 11/03/2022<br>Date Executed |

Ref **REF-11204211**



 Practus LLP

Tracking # **0096023603**



IN THE CIRCUIT COURT OF THE SIXTH
JUDICIAL CIRCUIT IN AND FOR
PINELLAS COUNTY, FLORIDA

CIVIL DIVISION

CASE NO. 22-004923-CI

ALIN POP, INDIVIDUALLY
AND ON BEHALF OF ALL THOSE
SIMILARLY SITUATED,

        Plaintiff,

vs.

LULIFAMA.COM. LLC,
MY LULIBABE, LLC,
LOURDES HANIMIAN A/K/A LULI
HANIMIAN,
TAYLOR MACKENZIE GALLO A/K/A
TEQUILA TAYLOR,
ALEXA COLLINS,
ALLISON MARTINEZ A/K/A ALLI
MARTINEZ,
CINDY PRADO,
GABRIELLE EPSTEIN,
HALEY PALVE A/K/A HALEY FERGUSON,
LEIDY AMELIA LABRADOR,
PRISCILLA RICART,

        Defendants.

_____/

## NOTICE OF APPEARANCE OF COUNSEL
## AND DESIGNATION OF EMAIL ADDRESSES

    PLEASE TAKE NOTICE that, Jared E. Dwyer, Esquire, Emiley Pagrabs, Esquire, and the

law firm, Greenberg Traurig, P.A., hereby give their notice of appearance on behalf of Defendant

Lulifama.com, LLC; My Lulibabe, LLC; and Lourdes Hanimian a/k/a Luli Hanimian (collectively,

"Luli Fama Defendants") as counsel in this matter for all purposes herein.  All future pleadings

and communications shall be directed to the undersigned at the contact information below.

    Notice is also hereby given of the primary email addresses and two secondary email

CASE NO. 22-004923-CI

addresses for the Luli Fama Defendants' counsel in this action as follows:

**Primary Email Address:**          dwyerje@gtlaw.com
**Secondary Email Addresses:**      collazoe@gtlaw.com
                                    FLService@gtlaw.com


**Primary Email Address:**          pagrabse@gtlaw.com


Respectfully submitted,

**GREENBERG TRAURIG, P.A.**
333 Southeast Second Avenue, Suite 4400
Miami, Florida 33131
Telephone:  305.579.0500
Facsimile:  305.579.0717
Attorneys for Defendants LULIFAMA.COM.
LLC, MY LULIBABE, LLC, LOURDES
HANIMIAN a/k/a LULI HANIMIAN,

By:  /s/ *Jared Dwyer*
     JARED DWYER
     Florida Bar No. 104082
     dwyerje@gtlaw.com
     EMILEY PAGRABS
     Florida Bar No. 1030834
     pagrabse@gtlaw.com

2

CASE NO. 22-004923-CI

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on the 11th of November, 2022 this **Notice of Appearance of Counsel and Designation of Email Addresses** was electronically filed with this Court and was served by registered electronic mail on the counsel listed below.

Bogdan, Enica, Esq.
PRACTUS, LLP
66 West Flagler St. Ste. 937
Miami, FL 33130
Telephone: (305) 539-9206
Email: Bogdan.Enica@practus.com

Keith L. Gibson (pro hac vice forthcoming)
IL Bar No.: 6237159
11300 Tomahawk Crk. Pkwy. Ste. 310 Leawood, KS 66211
Telephone: (630) 677-6745
Email: Keith.Gibson@practus.com
Counsel for Plaintiff and the Putative Class

3

IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT IN AND FOR PINELLAS COUNTY, FLORIDA

CIVIL DIVISION

CASE NO. 22-004923-CI

ALIN POP, INDIVIDUALLY
AND ON BEHALF OF ALL THOSE
SIMILARLY SITUATED,

        Plaintiff,

vs.

LULIFAMA.COM. LLC,
MY LULIBABE, LLC,
LOURDES HANIMIAN A/K/A LULI
HANIMIAN,
TAYLOR MACKENZIE GALLO A/K/A
TEQUILA TAYLOR,
ALEXA COLLINS,
ALLISON MARTINEZ A/K/A ALLI
MARTINEZ,
CINDY PRADO,
GABRIELLE EPSTEIN,
HALEY PALVE A/K/A HALEY FERGUSON,
LEIDY AMELIA LABRADOR,
PRISCILLA RICART,

        Defendants.

_____/

### DEFENDANTS LULIFAMA.COM LLC, MY LULIBABE, LLC, AND LOURDES HANIMIAN'S CONSENTED/UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR RESPOND TO COMPLAINT

    Defendants LuliFama.com LLC ("Luli Fama"), My LuliBabe, LLC ("LuliBabe"), and

Lourdes Hanimian a/k/a/ Luli Hanimian ("Hanimian") (collectively, the "Luli Fama Defendants"),

by and through its undersigned counsel, hereby move the Court for an Order extending the deadline

for the Luli Fama Defendants to serve an answer or otherwise respond to the Complaint [Dkt. No.

2], and in support state as follows:

1.      Luli Fama was served on October 27, 2022.

2.      On November 9, 2022, undersigned counsel was retained to represent the Luli Fama Defendants in this matter.

3.      Luli Fama's response to the Complaint is due on November 16, 2022.  Hanimian waived service of process today, November 11, 2022.

4.      Undersigned counsel respectfully requests additional time to review and investigate the allegations and claims in the Complaint.

5.      The Luli Fama Defendants respectfully request that the Court extend the deadline for the Luli Fama Defendants to answer or otherwise respond to the Complaint through and including December 26, 2022, a 60-day extension of time to file as measured from the date of service on Luli Fama.

6.      The undersigned certifies that this request for an extension has been discussed with Plaintiff's counsel, and Plaintiff has consented to the relief requested herein.

WHEREFORE, for the foregoing reasons, the Luli Fama Defendants respectfully request an extension of time to answer or otherwise respond to the Plaintiff's Complaint through and including December 26, 2022.

Dated: November 11, 2022                              Respectfully submitted,

**GREENBERG TRAURIG, P.A.**
333 Southeast Second Avenue, Suite 4400
Miami, Florida 33131
Telephone:  305.579.0500
Facsimile:  305.579.0717

Attorneys for Defendants LULIFAMA.COM.
LLC, MY LULIBABE, LLC, LOURDES
HANIMIAN a/k/a LULI HANIMIAN

By: /s/ *Jared Dwyer*
    JARED DWYER
    Florida Bar No. 104082
    dwyerje@gtlaw.com
    EMILEY PAGRABS
    Florida Bar No. 1030834
    pagrabse@gtlaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 11th of November, 2022 this **Notice of Appearance**

**of Counsel and Designation of Email Addresses** was electronically filed with this Court and was

served by registered electronic mail on the counsel listed below.

Bogdan, Enica, Esq.
PRACTUS, LLP
66 West Flagler St. Ste. 937
Miami, FL 33130
Telephone: (305) 539-9206
Email: Bogdan.Enica@practus.com

Keith L. Gibson (pro hac vice forthcoming)
IL Bar No.: 6237159
11300 Tomahawk Crk. Pkwy. Ste. 310 Leawood, KS 66211
Telephone: (630) 677-6745
Email: Keith.Gibson@practus.com
Counsel for Plaintiff and the Putative Class

**IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT,
IN AND FOR PINELLAS COUNTY, FLORIDA**

Civil Action No. 22-004923-CI

ALIN POP,
and those similarly situated,
Plaintiffs,

v.
LULIFAMA.COM. LLC, et. al,
Defendants.

**WAIVER OF SERVICE OF PROCESS**

To: PRACTUS LLP, Bogdan Enica, Esq.

I acknowledge receipt of your request that I waive service of process in the lawsuit of Pop v. LuliFama.com LLC, captioned above.

I have also received a copy of the complaint, two copies of this waiver, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of process and an additional copy of the complaint in this lawsuit by not requiring that I am served with judicial process in the manner provided by Fla.R.Civ.P. 1.070.

If I am not the defendant to whom the notice of lawsuit and waiver of service of process was sent, I declare that my relationship to the entity or person to whom the notice was sent and my authority to accept service on behalf of such person or entity is as follows:

I will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for any objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me if a written response is not served upon you within 60 days from the date I received the notice of lawsuit and request for waiver of service of process.

DATED on:                                Defendant (name and signature):

11/11/2022                               *Jed Dwyer*

                                         Attorney for Lourdes Hanimian

ALIN POP, individually and on behalf
of all those similarly situated,

       Plaintiff,

vs.

LULIFAMA.COM, LLC, MY
LILIBABE, LLC, LOURDES
HANIMIAN a/k/a TEQULIA
TAYLOR, ALEXA COLLINS,
ALLISON MARTINEZ a/k/a/ ALLI
MARTINEZ, CINDY PRADO,
GABRIELLE EPSTEIN, HALEY
PALVE a/k/a HALEY FERGUSON,
LEIDY AMELIA LABRADOR,
PRISCILLA RICART,

       Defendants.

_____/

IN THE CIRCUIT COURT OF THE 6TH
JUDICIAL CIRCUIT IN AND FOR
PINELLAS COUNTY, FLORIDA

CASE NO.: 22-004923-CI

## DEFENDANT GARBRIELLE EPSTEIN'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Defendant Gabrielle Epstein, pursuant to Florida Rules of Civil Procedure 1.090, hereby requests an enlargement of time of twenty days to respond to Plaintiff Alin Pop's Class Action Complaint (the "Complaint"). In support, Defendant states the following:

1.      Plaintiff purports to have personally served Defendant with the Complaint and Summons on October 25, 2022.[1] (Dkt. 16). Assuming a service date of October 25, 2022, Epstein's response would currently be due November 14, 2022.

_____

[1] For the avoidance of doubt, Defendant reserves the right to challenge the sufficiency of service of process and makes this motion subject to, and without waiver, to all challenges and defenses available to her, including insufficient service of process and lack of personal jurisdiction.

2.      Undersigned counsel has only recently been retained and requires additional time to investigate the allegations and the defenses and to prepare an appropriate response to the Complaint.  Additional time is also required on account of pressing deadlines in other matter.

3.      To ensure that counsel has sufficient time to review and analyze the allegations and formulate a proper response, Defendants therefore respectfully requests a brief enlargement of twenty days, up through and including December 5, 2022, within which to respond to the Complaint.

4.      The undersigned counsel conferred with Bogdan Enica, Esq., counsel for Plaintiff, who advised that Plaintiff has no objection to the requested extension.

5.      This request is made in good faith and not for the purpose of delay.

WHEREFORE, Defendant Gabrielle Epstein hereby requests that this Court enter an order enlarging her time to respond to the Plaintiff's Complaint up to and including December 5, 2022.

DATED:  November 14, 2022             GREENSPOON MARDER LLP

                                      BY: */s/ Roy Taub*
                                      JEFFREY A. BACKMAN
                                      Florida Bar No. 662501
                                      ROY TAUB
                                      Florida Bar No. 116263
                                      SHANE MCGLASHEN
                                      Florida Bar No. 1018642
                                      jeffrey.backman@gmlaw.com
                                      roy.taub@gmlaw.com
                                      shane.mcglashen@gmlaw.com
                                      jessica.serrano-cartagena@gmlaw.com
                                      cheryl.cochran@gmlaw.com
                                      200 East Broward Boulevard, Suite 1800
                                      Fort Lauderdale, Florida 33301
                                      Telephone: 954.491.1120
                                      Facsimile:  954.343.6958

                                      *Attorneys for Defendant Gabrielle Epstein*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 14, 2022, a copy of the foregoing was electronically filed with the clerk of the court, which will send notice of filing and a service copy to all counsel of record.

/s/ Roy Taub
ROY TAUB

# Greenspoon Marder LLP

Roy Taub, Esq.
PNC Building
200 East Broward Boulevard, Suite 1800
Fort Lauderdale, Florida 33301
Phone: 954.491.1120
Fax: 954.771.9264
Direct Phone: 954.527.6231
Email: roy.taub@gmlaw.com

November 14, 2022

*Via Judicial Automated Workflow System (JAWS)*

The Honorable Amy Williams
Circuit Court Judge
Sixth Judicial Circuit of Florida
545 First Avenue North, Room 417
St. Petersburg, Florida 33701

     RE:    *Pop v. Lulifama.com. LLC*, Case No. 22-004923-CI

Dear Judge Williams:

We represent Defendant Gabrielle Epstein in the above-referenced case.  On October 17, 2022, Plaintiff filed a Class Action Complaint.  Plaintiff purports to have personally served Ms. Epstein on October 25, 2022 which, if true, would make her response to the Complaint due today, November 14, 2022.

As more fully detailed in Ms. Epstein's Motion for Extension of Time to Respond to Plaintiff's Complaint (the "Motion"), undersigned counsel was only recently retained and requires additional time to investigate and prepare an appropriate response to the Complaint.  Accordingly, Ms. Epstein has moved for a brief extension of twenty days to respond to the Complaint.  Plaintiff's counsel advised that Plaintiff has no objection to the Motion and agrees with the content of the attached proposed agreed order enlarging Ms. Epstein's response deadline up through and including December 5, 2022.

     Respectfully submitted,

     GREENSPOON MARDER LLP

     */s/ Roy Taub*

     Roy Taub, Esq.

ALIN POP, individually and on behalf
of all those similarly situated,

        Plaintiff,

vs.

LULIFAMA.COM, LLC, MY
LILIBABE, LLC, LOURDES
HANIMIAN a/k/a TEQULIA
TAYLOR, ALEXA COLLINS,
ALLISON MARTINEZ a/k/a/ ALLI
MARTINEZ, CINDY PRADO,
GABRIELLE EPSTEIN, HALEY
PALVE a/k/a HALEY FERGUSON,
LEIDY AMELIA LABRADOR,
PRISCILLA RICART,

        Defendants.

_____/

IN THE CIRCUIT COURT OF THE 6TH
JUDICIAL CIRCUIT IN AND FOR
PINELLAS COUNTY, FLORIDA

CASE NO.: 22-004923-CI

### DEFENDANT GARBRIELLE EPSTEIN'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Defendant Gabrielle Epstein, pursuant to Florida Rules of Civil Procedure 1.090, hereby requests an enlargement of time of twenty days to respond to Plaintiff Alin Pop's Class Action Complaint (the "Complaint"). In support, Defendant states the following:

1.     Plaintiff purports to have personally served Defendant with the Complaint and Summons on October 25, 2022.[1] (Dkt. 16). Assuming a service date of October 25, 2022, Epstein's response would currently be due November 14, 2022.

---

[1] For the avoidance of doubt, Defendant reserves the right to challenge the sufficiency of service of process and makes this motion subject to, and without waiver, to all challenges and defenses available to her, including insufficient service of process and lack of personal jurisdiction.

2.      Undersigned counsel has only recently been retained and requires additional time to investigate the allegations and the defenses and to prepare an appropriate response to the Complaint.  Additional time is also required on account of pressing deadlines in other matter.

3.      To ensure that counsel has sufficient time to review and analyze the allegations and formulate a proper response, Defendants therefore respectfully requests a brief enlargement of twenty days, up through and including December 5, 2022, within which to respond to the Complaint.

4.      The undersigned counsel conferred with Bogdan Enica, Esq., counsel for Plaintiff, who advised that Plaintiff has no objection to the requested extension.

5.      This request is made in good faith and not for the purpose of delay.

WHEREFORE, Defendant Gabrielle Epstein hereby requests that this Court enter an order enlarging her time to respond to the Plaintiff's Complaint up to and including December 5, 2022.

DATED:  November 14, 2022               GREENSPOON MARDER LLP

BY: */s/ Roy Taub*
JEFFREY A. BACKMAN
Florida Bar No. 662501
ROY TAUB
Florida Bar No. 116263
SHANE MCGLASHEN
Florida Bar No. 1018642
jeffrey.backman@gmlaw.com
roy.taub@gmlaw.com
shane.mcglashen@gmlaw.com
jessica.serrano-cartagena@gmlaw.com
cheryl.cochran@gmlaw.com
200 East Broward Boulevard, Suite 1800
Fort Lauderdale, Florida 33301
Telephone: 954.491.1120
Facsimile:  954.343.6958

*Attorneys for Defendant Gabrielle Epstein*

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on November 14, 2022, a copy of the foregoing was electronically filed with the clerk of the court, which will send notice of filing and a service copy to all counsel of record.

<u>*/s/ Roy Taub*</u>
ROY TAUB

ALIN POP, individually and on behalf of all those similarly situated,

        Plaintiff,

vs.

LULIFAMA.COM, LLC, MY LILIBABE, LLC, LOURDES HANIMIAN a/k/a TEQULIA TAYLOR, ALEXA COLLINS, ALLISON MARTINEZ a/k/a/ ALLI MARTINEZ, CINDY PRADO, GABRIELLE EPSTEIN, HALEY PALVE a/k/a HALEY FERGUSON, LEIDY AMELIA LABRADOR, PRISCILLA RICART,

        Defendants.

_____/

IN THE CIRCUIT COURT OF THE 6TH JUDICIAL CIRCUIT IN AND FOR PINELLAS COUNTY, FLORIDA

CASE NO.: 22-004923-CI

## AGREED ORDER ON DEFENDANT GABRIELLE EPSTEIN'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

**THIS CAUSE** having come before the Court on Defendant Gabrielle Epstein's Unopposed Motion for Enlargement of Time to Respond to Plaintiff's Complaint, and the Court having reviewed the file, having been informed that the parties agree, and otherwise being fully advised in the premises, it is hereby,

**ORDERED AND ADJUDGED** as follows:

1.    The Motion for Enlargement of Time to Respond to Plaintiff's Complaint is GRANTED.

2.    Defendant Gabrielle Epstein shall have up to and including December 5, 2022 to respond to Plaintiff's Complaint.

**DONE and ORDERED** in Chambers, at Pinellas County, Florida on the _____ day of

_____, 2022.

22-004923-CI 11/16/2022 11:22:35 AM
Circuit Judge Amy Williams
**22-004923-CI 11/16/2022 11:22:35 AM**

_____

CIRCUIT JUDGE AMY WILLIAMS

Copies furnished to:

Bogdan Enica, Practus, LLP, 66 West Flagler St., Ste. 937, Miami, FL  33130;
bogdan.enica@practus.com.

Roy Taub, Greenspoon Marder LLP, 200 E. Broward Blvd., Ste. 1800, Ft. Lauderdale, FL
33301; roy.taub@gmlaw.com

2

## IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT,
## IN AND FOR PINELLAS COUNTY, FLORIDA

Civil Action No.

ALIN POP,
and those similarly situated,
Plaintiffs,

v.

LULIFAMA.COM. LLC, et. al,
Defendants.

## CIVIL ACTION SUMMONS

THE STATE OF FLORIDA
To Each Sheriff of Said State

YOU ARE HEREBY COMMANDED to serve this Summons and a copy of the Complaint, in this action on Defendant:

**ALEXA COLLINS-SHIELDS**
**10945 Shore St,**
**Parkland, FL 33076**

Defendant is required to serve a written defense to the complaint or petition on Plaintiff's attorney: Bogdan Enica, Esq.     66 W. Flagler St. Ste.937, Miami, Florida 33130, within 20 days after service of this summons on Defendant, exclusive the day of service, and file the original of the defenses with the Clerk of this Court either before service on Plaintiff's attorney or immediately thereafter. If Defendant fails to do so, a default will be entered against the Defendant for the relief demanded in the complaint of petition.

Dated on:     11/21/2022

11/21/2022 10:35:37 AM

Ken Burke    **DEPUTY CLERK**
Clerk of Courts
Pinellas County, Florida

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the Human Rights Office, 400 S. Ft. Harrison Ave., Ste. 300, Clearwater, FL 33756, (727) 4644062 (V/TDD); within 2 working days of receipt of this document. The court does not provide transportation and cannot accommodate for this service. Persons with disabilities needing transportation to court should contact their local public transportation providers for information regarding disabled transportation services.

IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book). If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff' s Attorney" named below.

IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar Ia demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que e] tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted n0 contesta 1a demanda a tiempo, pudiese perder el caso y podria ser despoj ado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisites legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica. Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff' s Attorney" (Demandante o Abogado del Demandante).

IMPORTANT

Des poursuites judiciares ont ete entreprises centre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte cijointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir Ies services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service dc reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).
Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme cidessous.