IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ALIN POP, individually and on behalf of all
those similarly situated,

Plaintiff,                                                              Case No. 8:22-cv-02698

v.

LULIFAMA.COM, LLC, *et al.*,

Defendants.
_____/

**UNOPPOSED MOTION FOR SUBSTITUTION OF COUNSEL**
**FOR DEFENDANT TAYLOR GALLO**

Pursuant to Middle District of Florida Local Rule 2.02, Defendant Taylor Gallo moves for entry of an Order allowing new counsel, the law firm of Stumphauzer Kolaya Nadler & Sloman, PLLC and attorney Jorge A. Pérez Santiago ("Substitute Counsel"), to be substituted as attorney of record for her former counsel in this action, Jeffrey A. Backman, Roy Taub, and Shan McGlashen of Greenspoon Marder LLP (collectively, "Former Counsel"), and in support state:

1. Former Counsel intend to withdraw as Ms. Gallo's counsel.

2. Ms. Gallo understands and agrees to Former Counsel's withdrawal.

3. Substitute Counsel is licensed to practice in the Middle District of Florida, and respectfully requests that he be designated Counsel of Record on behalf of Ms. Gallo. Substitute Counsel respectfully request that all further correspondence and pleadings relating to this matter be forwarded to his attention at the address below.

4. The substitution of counsel will not affect Ms. Gallo's December 28, 2022 deadline to respond to the Complaint.

5. Accordingly, Ms. Gallo respectfully request that the Court grant this Motion for

Substitution of Counsel and relieve Former Counsel of all further responsibilities in this action.

## Local Rule 3.01(g) Certification

Undersigned counsel hereby certified that via e-mail on December 1, 2022, I conferred with all parties in this matter in a good faith effort to resolve the issues raised in this Motion. The parties do not oppose the relief sought herein.

| | |
|---|---|
| Dated: December 2, 2022 | Respectfully submitted,<br><br>**STUMPHAUZER KOLAYA NADLER & SLOMAN, PLLC**<br>Two South Biscayne Boulevard,<br>Suite 1600<br>Miami, FL  33131<br>Telephone: (305) 614-1400<br>Facsimile: (305)614-1425<br><br>By: */s/ Jorge A. Pérez Santiago*<br>JORGE A. PÉREZ SANTIAGO<br>Florida Bar No. 0682284<br>jperezsantiago@sknlaw.com<br><br>*Counsel for Defendant Taylor Gallo and Priscilla Ricart* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 2, 2022, I filed the foregoing document on CM/ECF causing a copy to be served on all counsel of record via electronic mail.

*/s/ Jorge Pérez Santiago*
JORGE PÉREZ SANTIAGO