```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                          TAMPA DIVISION
```

ALIN POP, individually and
on behalf of all those
similarly situated,

    Plaintiff,

v.                                  Case No. 8:22-cv-2698-VMC-JSS

LULIFAMA.COM, LLC, et al.,

    Defendants.
_____/

## ORDER APPOINTING MEDIATOR

Pursuant to the Notice of Mediation (Doc. # 58), filed on February 8, 2023, and in accordance with the rules governing mediation set forth in Chapter Four of the Rules of the United States District Court for the Middle District of Florida, it is **ORDERED** that the following individual is hereby **APPOINTED** by the Court to serve as Mediator in this action:

    **Name of Mediator:**   The Honorable Gregory Holder (ret.)

    **Location:**   Zinober, Diana, & Montverde, P.A.
                   1511 N. Westshore Blvd.
                   Suite 700
                   Tampa, FL 33607

By agreement of the parties, the mediation conference is scheduled for **December 7, 2023, at 9:00 AM** at the location listed above.

The parties are directed to mediate in good faith and to fully and faithfully explore every settlement opportunity. Furthermore, the Court directs that all counsel, parties, corporate representatives, and any other required claims professionals shall be present at the mediation conference with full authority to negotiate a settlement. The Court does not allow mediation by telephone or video conference. Personal attendance is required.

Now that the mediation has been scheduled, the parties may not unilaterally reschedule the mediation conference — a motion must be filed, and leave of Court obtained, if they seek to reschedule the mediation. In the motion to reschedule, counsel must include the proposed date of rescheduling; the Court reserves the right to deny any motion that seeks to reschedule the mediation conference for a date beyond the mediation deadline previously set by the Court.

Furthermore, neither party may cancel the mediation without first obtaining leave of Court, even if the parties have reached a settlement.

Despite Local Rule 4.03(f), Lead Counsel must file a notice informing the Court of the results of the mediation conference within twenty-four hours from the conclusion of the mediation conference.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 8th day of February, 2023.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE