# EXHIBIT A




**OBSERVATIONS**

This document is valid for all countries unless otherwise endorsed (subject to the visa, permit or other entry requirements of each country).



PA1529

---

**PASSPORT**



**AUSTRALIA**

Type / Type: **P**
Code of issuing / Code de l'Etat émetteur: **AUS**
Name / Nom: **EPSTEIN**
**GABRIELLE GRACE**
Nationality / Nationalité: **AUSTRALIAN**
Date of birth / Date de naissance:
Sex / Sexe: **F**
Date of issue / Date de délivrance: **09 MAR 2015**
Date of expiry / Date d'expiration: **09 MAR 2025**
Authority / Autorité: **AUSTRALIA**

DOCUMENT No. **PA1529**

Place of birth / Lieu de naissance:

Holder's signature / Signature du titulaire:



P<AUSEPSTEIN<<GABRIELLE<GRACE<<<<<<<<<<<<<<<
PA1529



