IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ALIN POP, individually and on behalf of
all those similarly situated,

    Plaintiff,

vs.                                   Case No.: 8:22-CV-02698-VMC-JSS

LULIFAMA.COM, LLC, MY
LULIBABE, LLC, LOURDES
HANIMIAN a/k/a LULI HANIMIAN,
TAYLOR MACKENZIE GALLO a/k/a
TEQULIA TAYLOR, ALEXA
COLLINS, ALLISON MARTINEZ
a/k/a/ ALLI MARTINEZ, CINDY
PRADO, GABRIELLE EPSTEIN,
HALEY PALVE a/k/a HALEY
FERGUSON, LEIDY AMELIA
LABRADOR, and PRISCILLA RICART,

    Defendants.
_____/

**UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT
TAYLOR GALLO AND INCORPORATED MEMORANDUM OF LAW**

    Greenspoon Marder LLP and Roy Taub (collectively, "Movants"), pursuant to Local Rule 2.02(c), hereby move for an order permitting them to withdraw as counsel for Defendant Taylor Gallo, and in support thereof state as follows:

    1.    On November 28, 2022, in connection with a motion for an extension of time to respond to Plaintiff's Complaint, Movants appeared as counsel for Defendant Taylor Gallo.

2. Starting shortly thereafter, Ms. Gallo has been represented in this action by Stumphauzer Kolaya Nadler & Sloman, PLLC and Jorge A. Pérez Santiago, and Movants have not rendered any legal services to Ms. Gallo.

3. To eliminate any confusion as to Ms. Gallo's attorney of record, Movants seek an order permitting them to withdraw as counsel for Ms. Gallo.

4. Ms. Gallo has been informed of this withdrawal request and consents to Movants' withdrawal as her counsel in this matter.

5. As noted, Movant is currently represented by counsel in this action other than Movants, and therefore permitting Movants to withdraw will not cause any delay or prejudice to the proceedings in this action.

6. This Motion does not affect Movants' representation of Defendant Gabrielle Epstein.

WHEREFORE, Greenspoon Marder LLP and Roy Taub respectfully request that the Court enter an order permitting them to withdraw as counsel for Defendant Taylor Gallo and relieve them from all further professional responsibility as to Ms. Gallo in this matter, and granting any other and further relief this Court deems just and proper.

## LOCAL RULE 2.02(c) CERTIFICATION

Undersigned counsel certifies, pursuant to Local Rule 2.02(c), that Ms. Gallo has been informed of this withdrawal request and consents to the withdrawal of Greenspoon Marder LLP and Roy Taub as her counsel in this matter.

## LOCAL RULE 3.01(g) CERTIFICATION

Undersigned counsel certifies that he conferred by e-mail with counsel for Plaintiff and the other Defendants, all of whom advised that their respective clients do not oppose the relief being sought by this Motion.

DATED:  May 18, 2023					GREENSPOON MARDER LLP

BY: /s/ Roy Taub
JEFFREY A. BACKMAN
Florida Bar No. 662501
ROY TAUB
Florida Bar No. 116263
jeffrey.backman@gmlaw.com
roy.taub@gmlaw.com
alyson.mercier@gmlaw.com
cheryl.cochran@gmlaw.com
200 East Broward Boulevard, Ste. 1800
Fort Lauderdale, Florida 33301
Telephone: 954.491.1120
Facsimile:  954.343.6958

*Attorneys for Defendant Gabrielle Epstein*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 18, 2023, a copy of the foregoing was electronically filed with the Court through CM/ECF, which will forward and serve a copy upon all counsel of record in compliance with the Federal Rules of Civil Procedure.

/s/ Roy Taub
ROY TAUB