# EXHIBIT A

| | |
|---|---|
| **From:** | Bogdan Enica |
| **To:** | Pagrabs, Emiley (Assoc-MIA-LT) |
| **Cc:** | Keith Gibson; Dwyer, Jed (Shld-Mia-LT) |
| **Subject:** | Re: Pop v. Luli Fama |
| **Date:** | Wednesday, July 5, 2023 4:29:18 PM |
| **Attachments:** | image001.png |

Emiley,

I don't understand your answer.
I did not agree to stop review your production or not to use it without your consent. <u>I never represented that I would "hold any actions" regarding the documents</u>. I only stated that we will not file the documents until we have an answer from you on July 7, 2023.

You are only required to agree (or disagree) with the confidential status of the unredacted portion. Regardless of the designation, we will use the documents and we are not required to ask for permission. We can file any motion and file a placeholder as required by Rule 1.11. As you mentioned during our negotiations regarding the Confidentiality Agreement, Rule 1.11 provides the perfect mechanism to file confidential documents. If I recall correctly, you opposed the modified procedure we proposed.

We would like to use certain pages from your production. In order to avoid any motion practice and giving you the same courtesy that we would expect from your side, we redacted any information that could be reasonably interpreted as confidential and provided you with a notice prior to any filing. Again, this was a courtesy. Rule 1.11 only requires us to inform you of the filing after the fact, but we were more than accommodating by providing you notice before filing.

We are not asking for your permission to use the documents, but rather we collegially reached out and gave you notice of our intent to use the documents. I am so sorry to see that our good intentions were misinterpreted.

We will wait for your answer on Friday. If you consider the unredacted portion as being confidential you will need to file a motion to seal it. Your deadline to file your motion is way past July 7. If you agree with us, that the unredacted portion does not contain confidential information, we will file the Exhibits with the Court on Friday or shortly after.

I hope this clarifies our position. Given the fact that we are already discussing this material, do you still require the Notice as required by Rule 1.11?

Thank you,


Bogdan Enica, Esq.

Keith Gibson Law
66 W Flagler St. Ste.937
Miami FL 33130

This communication is intended solely for the use of the addressee(s) and may contain information that is privileged, confidential or otherwise exempt from disclosure under applicable law. Unauthorized disclosure or use of this information is strictly prohibited. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination or copying of this communication is strictly prohibited. If you have received this communication in error, please delete it and all copies, and notify me immediately by phone. Thank you.

**From:** pagrabse@gtlaw.com <pagrabse@gtlaw.com>
**Date:** Wednesday, July 5, 2023 at 10:04 PM
**To:** Bogdan Enica <bogdan@keithgibsonlaw.com>, dwyerje@gtlaw.com <dwyerje@gtlaw.com>
**Cc:** Keith Gibson <keith@keithgibsonlaw.com>
**Subject:** RE: Pop v. Luli Fama

Bogdan,

You agreed on June 30 that considering the holiday and the fact that we were only informed of this issue on June 30--despite you having been in possession of these documents for almost 2 months--that you would extend us the professional courtesy of giving us until Friday, July 7 to respond. We are working on getting an answer to you, but due to the holiday, the earliest we have been able to speak to the client is tomorrow. We expect we will have an answer for you shortly after. Based on your representation that you would hold any action regarding these documents until Friday, we would appreciate if you would do so, especially since a motion to compel is not pressing and can wait a couple of days.

Thank you,

**Emiley Pagrabs**
Associate

Greenberg Traurig, P.A.
333 S.E. 2nd Avenue |
Suite 4400 | Miami, FL 33131
T +1 305.579.0608  |  C 910 228 1515
pagrabse@gtlaw.com   |   www.gtlaw.com   |   View GT Biography



**From:** Bogdan Enica <bogdan@keithgibsonlaw.com>
**Sent:** Wednesday, July 5, 2023 2:31 PM
**To:** Pagrabs, Emiley (Assoc-MIA-LT) <pagrabse@gtlaw.com>; Dwyer, Jed (Shld-Mia-LT) <dwyerje@gtlaw.com>
**Cc:** Keith Gibson <keith@keithgibsonlaw.com>
**Subject:** Re: Pop v. Luli Fama

Emiley,

To follow up on our conversation, I assume that you still need the additional time to decide if your client agrees with filing the documents in the form provided. While you mentioned that it may take until Friday, we would appreciate a faster response.

We will file a motion to compel discovery (not against your client) today,  and we will file a placeholder as required by the Rule 1.11(d).
As mentioned on our call, for the purpose of full disclosure, we are intending to file the documents we sent you, in the redacted form, as Exhibits to other motions in the near future.

Regarding the motion to be filed shortly, please let me know if you require a formal message in compliance with Rule 1.11(d).

Thank you,

Bogdan Enica, Esq.

Keith Gibson Law
66 W Flagler St. Ste.937
Miami FL 33130

This communication is intended solely for the use of the addressee(s) and may contain information that is privileged, confidential or otherwise exempt from disclosure under applicable law. Unauthorized disclosure or use of this information is strictly prohibited. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination or copying of this communication is strictly prohibited. If you have received this communication in error, please delete it and all copies, and notify me immediately by phone. Thank you.

---

**From:** pagrabse@gtlaw.com <pagrabse@gtlaw.com>
**Date:** Friday, June 30, 2023 at 6:30 PM
**To:** Bogdan Enica <bogdan@keithgibsonlaw.com>, dwyerje@gtlaw.com <dwyerje@gtlaw.com>, bogdan.enica@practus.com <bogdan.enica@practus.com>
**Cc:** Keith Gibson <keith@keithgibsonlaw.com>
**Subject:** RE: Pop v. Luli Fama

Hi Bogdan,

In summary of our call, we are looking into this issue, and we agreed that Luli Fama will have until Friday, July 7 to get back to you on this issue.  We agree that these documents will remain Attorneys' Eyes Only during this time period, and that you will follow up with us before taking any further actions regarding these documents.

Also, you said that you intend to use these documents for multiple motions, including a Motion to Amend the Complaint and a possible Motion to Compel against Defendant Prado.  However, you

indicated that there may be other motions that these documents will be used for.  In order to asses your request, we need to know the specific use of the documents, so please let us know if there are any additional filings you intend to use these documents in conjunction with.

Thank you,

**Emiley Pagrabs**
Associate

Greenberg Traurig, P.A.
333 S.E. 2nd Avenue |
Suite 4400 | Miami, FL 33131
T +1 305.579.0608  |  C 910 228 1515
pagrabse@gtlaw.com   |   www.gtlaw.com    |   View GT Biography

**GT GreenbergTraurig**

---

**From:** Pagrabs, Emiley (Assoc-MIA-LT)
**Sent:** Friday, June 30, 2023 10:06 AM
**To:** 'Bogdan Enica' <bogdan@keithgibsonlaw.com>; Dwyer, Jed (Shld-Mia-LT) <dwyerje@gtlaw.com>; bogdan.enica@practus.com
**Cc:** Keith Gibson <keith@keithgibsonlaw.com>
**Subject:** RE: Pop v. Luli Fama

Hi Bogdan,

We will have to discuss with the client and get back to you.  In order so that we can assess this fully, can you let us know what you will be filing these documents in conjunction with?

Thank you,

**Emiley Pagrabs**
Associate

Greenberg Traurig, P.A.
333 S.E. 2nd Avenue |
Suite 4400 | Miami, FL 33131
T +1 305.579.0608  |  C 910 228 1515
pagrabse@gtlaw.com   |   www.gtlaw.com    |   View GT Biography

**GT GreenbergTraurig**

---

**From:** Bogdan Enica <bogdan@keithgibsonlaw.com>
**Sent:** Friday, June 30, 2023 6:47 AM
**To:** Pagrabs, Emiley (Assoc-MIA-LT) <pagrabse@gtlaw.com>; Dwyer, Jed (Shld-Mia-LT) <dwyerje@gtlaw.com>; bogdan.enica@practus.com
**Cc:** Keith Gibson <keith@keithgibsonlaw.com>
**Subject:** Re: Pop v. Luli Fama

**\*EXTERNAL TO GT\***

Emiley,

We are planning to file five pages produced by Luli Fama and designated as AEO. In order to avoid any disputes, we have redacted the entire content of the document, except for the first paragraph. We believe that the first paragraph does not contain any confidential information. We are planning to file the documents in the same form as the files attached to this email.
Please let me know of you agree with us filing these documents in this redacted form, without the need of challenging the confidentiality designation and the motion practice associated with such challenge.
Thank you,

Bogdan Enica, Esq.

Keith Gibson Law
66 W Flagler St. Ste.937
Miami FL 33130

This communication is intended solely for the use of the addressee(s) and may contain information that is privileged, confidential or otherwise exempt from disclosure under applicable law. Unauthorized disclosure or use of this information is strictly prohibited. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination or copying of this communication is strictly prohibited. If you have received this communication in error, please delete it and all copies, and notify me immediately by phone. Thank you.

---

**From:** pagrabse@gtlaw.com <pagrabse@gtlaw.com>
**Date:** Sunday, March 12, 2023 at 10:32 AM
**To:** keith@keithgibsonlaw.com <keith@keithgibsonlaw.com>, Bogdan Enica <bogdan.enica@practus.com>
**Cc:** Roy.Taub@gmlaw.com <Roy.Taub@gmlaw.com>, Jeffrey.Backman@gmlaw.com <Jeffrey.Backman@gmlaw.com>, Alyson.Mercier@gmlaw.com <Alyson.Mercier@gmlaw.com>, cheryl.cochran@gmlaw.com <cheryl.cochran@gmlaw.com>, jperezsantiago@sknlaw.com <jperezsantiago@sknlaw.com>, dwyerje@gtlaw.com <dwyerje@gtlaw.com>
**Subject:** Pop v. Luli Fama

Counsel,

Please see the attached documents.

Thank you,

**Emiley Pagrabs**
Associate

Greenberg Traurig, P.A.

333 S.E. 2nd Avenue | Miami, FL 33131
T +1 305.579.0608  |  C 910 228 1515
pagrabse@gtlaw.com   |   www.gtlaw.com   |   View GT Biography



---

If you are not an intended recipient of confidential and privileged information in this email, please delete it, notify us immediately at postmaster@gtlaw.com, and do not use or disseminate the information.