# EXHIBIT B

| | |
|---|---|
| **From:** | Bogdan Enica |
| **To:** | Pagrabs, Emiley (Assoc-MIA-LT); bogdan@keithgibsonlaw.com; Dwyer, Jed (Shld-Mia-LT) |
| **Cc:** | keith@keithgibsonlaw.com |
| **Subject:** | Re: Pop v. Luli Fama |
| **Date:** | Friday, June 30, 2023 11:39:45 AM |
| **Attachments:** | image001.png |

Hi Emiley,

Once we file documents for the first time, we can then file them for any motion or court filing we deem necessary. We do request your permission to file that first paragraph as being not confidential, and such requests is not connected with a specific fling. The confidentiality agreement we signed does not speak about the purpose for which we can use information that is deemed not to be confidential. However, we reserve the right to use the non-confidential Information in any way we seem fit. The examples given to you are just examples and we don't commit to file a MTC against Ms. Prado, for example, at any time soon.

Thank you,

**Bogdan Enica**
**Partner**
Practus, LLP
Direct Phone: 305.539.9206
E-mail: Bogdan.Enica@practus.com
Website: www.practus.com

---

**From:** pagrabse@gtlaw.com <pagrabse@gtlaw.com>
**Sent:** Friday, June 30, 2023 6:30:23 PM
**To:** bogdan@keithgibsonlaw.com <bogdan@keithgibsonlaw.com>; dwyerje@gtlaw.com <dwyerje@gtlaw.com>; Bogdan Enica <bogdan.enica@practus.com>
**Cc:** keith@keithgibsonlaw.com <keith@keithgibsonlaw.com>
**Subject:** RE: Pop v. Luli Fama

Hi Bogdan,

In summary of our call, we are looking into this issue, and we agreed that Luli Fama will have until Friday, July 7 to get back to you on this issue. We agree that these documents will remain Attorneys' Eyes Only during this time period, and that you will follow up with us before taking any further actions regarding these documents.

Also, you said that you intend to use these documents for multiple motions, including a Motion to Amend the Complaint and a possible Motion to Compel against Defendant Prado. However, you indicated that there may be other motions that these documents will be used for. In order to asses your request, we need to know the specific use of the documents, so please let us know if there are any additional filings you intend to use these documents in conjunction with.

Thank you,

**Emiley Pagrabs**
Associate

Greenberg Traurig, P.A.
333 S.E. 2nd Avenue |

Suite 4400 | Miami, FL 33131
T +1 305.579.0608  |  C 910 228 1515
pagrabse@gtlaw.com   |   www.gtlaw.com   |   View GT Biography



**From:** Pagrabs, Emiley (Assoc-MIA-LT)
**Sent:** Friday, June 30, 2023 10:06 AM
**To:** 'Bogdan Enica' <bogdan@keithgibsonlaw.com>; Dwyer, Jed (Shld-Mia-LT) <dwyerje@gtlaw.com>; bogdan.enica@practus.com
**Cc:** Keith Gibson <keith@keithgibsonlaw.com>
**Subject:** RE: Pop v. Luli Fama

Hi Bogdan,

We will have to discuss with the client and get back to you.  In order so that we can assess this fully, can you let us know what you will be filing these documents in conjunction with?

Thank you,

**Emiley Pagrabs**
Associate

Greenberg Traurig, P.A.
333 S.E. 2nd Avenue |
Suite 4400 | Miami, FL 33131
T +1 305.579.0608  |  C 910 228 1515
pagrabse@gtlaw.com   |   www.gtlaw.com   |   View GT Biography

**From:** Bogdan Enica <bogdan@keithgibsonlaw.com>
**Sent:** Friday, June 30, 2023 6:47 AM
**To:** Pagrabs, Emiley (Assoc-MIA-LT) <pagrabse@gtlaw.com>; Dwyer, Jed (Shld-Mia-LT) <dwyerje@gtlaw.com>; bogdan.enica@practus.com
**Cc:** Keith Gibson <keith@keithgibsonlaw.com>
**Subject:** Re: Pop v. Luli Fama

**\*EXTERNAL TO GT\***

Emiley,

We are planning to file five pages produced by Luli Fama and designated as AEO. In order to avoid any disputes, we have redacted the entire content of the document, except for the first paragraph. We believe that the first paragraph does not contain any confidential information. We are planning to file the documents in the same form as the files attached to this email.
Please let me know of you agree with us filing these documents in this redacted form, without the need of challenging the confidentiality designation and the motion practice associated with such

challenge.
Thank you,

Bogdan Enica, Esq.

Keith Gibson Law
66 W Flagler St. Ste.937
Miami FL 33130

This communication is intended solely for the use of the addressee(s) and may contain information that is privileged, confidential or otherwise exempt from disclosure under applicable law. Unauthorized disclosure or use of this information is strictly prohibited. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination or copying of this communication is strictly prohibited. If you have received this communication in error, please delete it and all copies, and notify me immediately by phone. Thank you.

**From:** pagrabse@gtlaw.com <pagrabse@gtlaw.com>
**Date:** Sunday, March 12, 2023 at 10:32 AM
**To:** keith@keithgibsonlaw.com <keith@keithgibsonlaw.com>, Bogdan Enica <bogdan.enica@practus.com>
**Cc:** Roy.Taub@gmlaw.com <Roy.Taub@gmlaw.com>, Jeffrey.Backman@gmlaw.com <Jeffrey.Backman@gmlaw.com>, Alyson.Mercier@gmlaw.com <Alyson.Mercier@gmlaw.com>, cheryl.cochran@gmlaw.com <cheryl.cochran@gmlaw.com>, jperezsantiago@sknlaw.com <jperezsantiago@sknlaw.com>, dwyerje@gtlaw.com <dwyerje@gtlaw.com>
**Subject:** Pop v. Luli Fama

Counsel,

Please see the attached documents.

Thank you,

**Emiley Pagrabs**
Associate

Greenberg Traurig, P.A.
333 S.E. 2nd Avenue | Miami, FL 33131
T +1 305.579.0608  |  C 910 228 1515
pagrabse@gtlaw.com  |  www.gtlaw.com  |  View GT Biography



If you are not an intended recipient of confidential and privileged information in this email, please delete it, notify us immediately at postmaster@gtlaw.com, and do not use or disseminate the information.