# EXHIBIT C

| | |
|---|---|
| **From:** | Dwyer, Jed (Shld-Mia-LT) |
| **To:** | Bogdan Enica; Keith Gibson |
| **Cc:** | Pagrabs, Emiley (Assoc-MIA-LT); tkolaya@sknlaw.com; abowers@sknlaw.com; Jeffrey.Backman@gmlaw.com; Roy.Taub@gmlaw.com |
| **Subject:** | RE: Notice: Violation of Protective Order |
| **Date:** | Friday, July 7, 2023 1:54:53 PM |

Bogdan,

The Stipulated Confidentiality Agreement is clear that you cannot use or disclose AEO materials, even in court filings.  (Even if the documents were re-designated to Confidential, the documents still could not be used or disclosed in Court filings.)

I am not going to engage in a back and forth or tell you how to comply with the Agreement.  You are using materials that were produced in discovery, under the Agreement, and their usage is limited.

If you want to challenge the designation – you need to do so.  You can't file the information in public, and then claim that you want to challenge the designation.

Please let us know when you will correct your filing or we will proceed with a motion.

Thanks,
Jed

**From:** Bogdan Enica <bogdan@keithgibsonlaw.com>
**Sent:** Thursday, July 6, 2023 4:16 PM
**To:** Dwyer, Jed (Shld-Mia-LT) <dwyerje@gtlaw.com>; Keith Gibson <keith@keithgibsonlaw.com>
**Cc:** Pagrabs, Emiley (Assoc-MIA-LT) <pagrabse@gtlaw.com>; tkolaya@sknlaw.com; abowers@sknlaw.com; Jeffrey.Backman@gmlaw.com; Roy.Taub@gmlaw.com
**Subject:** Re: Notice: Violation of Protective Order

**\*EXTERNAL TO GT\***

Hi Jed,

Thank you for your prompt email.
I am not aware of any Protective Order covering your client, but I will assume you are referring to the Stipulated Confidentiality Agreement. Are you saying, in good faith, that citing the name of the defendants and the fact that there are some contracts between defendants is a violation of said confidentiality agreement? What is the information being protected?
Our agreement states that the following information should be protected:

"**extremely sensitive information**, the disclosure of which to another Party or Non-Party would create a substantial risk of serious harm, including but not limited to trade secrets or competitively sensitive confidential research, development, or commercial information, customer lists, and highly sensitive and competitive technical information related to a Party's information security and management, that would cause severe competitive harm to the Designating Party if disclosed."

Please note that we are stating in the Complaint that Luli Fama has agreements with the other defendants, there is nothing confidential about it. I do not believe that the quotes provided "plausibly qualifies for sealing."

Please let me know which part of our Motion you believe should be redacted and we will consider. If you believe that removing the quotation marks help resolve the problem, just let me know.

We are seeking re-designation of the entire material, as per Rule 1.11(d) and not partial de-designation. We are willing to compromise and file redacted versions of the documents if both parties agree to such a solution. I believe that a negotiated resolution fits within the spirit of cooperation existent in this District.

Thank you,
Bogdan Enica, Esq.

Keith Gibson Law
66 W Flagler St. Ste.937
Miami FL 33130

This communication is intended solely for the use of the addressee(s) and may contain information that is privileged, confidential or otherwise exempt from disclosure under applicable law. Unauthorized disclosure or use of this information is strictly prohibited. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination or copying of this communication is strictly prohibited. If you have received this communication in error, please delete it and all copies, and notify me immediately by phone. Thank you.

**From:** dwyerje@gtlaw.com <dwyerje@gtlaw.com>
**Date:** Thursday, July 6, 2023 at 7:15 PM
**To:** Bogdan Enica <bogdan@keithgibsonlaw.com>, Keith Gibson <keith@keithgibsonlaw.com>
**Cc:** pagrabse@gtlaw.com <pagrabse@gtlaw.com>, tkolaya@sknlaw.com <tkolaya@sknlaw.com>, abowers@sknlaw.com <abowers@sknlaw.com>, Jeffrey.Backman@gmlaw.com <Jeffrey.Backman@gmlaw.com>, Roy.Taub@gmlaw.com <Roy.Taub@gmlaw.com>
**Subject:** Notice: Violation of Protective Order

Keith & Bogdan,

In your motion to compel filed today, you cite, with quotations, to documents that have been designated AEO. *E.g.*, DE 90, at p. 20. This is a violation of the protective order. You also, on multiple occasions, referenced the contents of the contracts and the number of contracts. Again, a violation.

You knew these documents were protected because you are seeking partial de-designation. This could not be a mistake. And, until the de-designation issue is resolved, there is a protective order

and related protocol in place for a reason – to protect from what you have done.

Cure this error immediately or we will seek sanctions.

Thanks,
Jed

---

If you are not an intended recipient of confidential and privileged information in this email, please delete it, notify us immediately at postmaster@gtlaw.com, and do not use or disseminate the information.